IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CIGAR ASSOCIATION OF AMERICA, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FOOD AND DRUG ) <br> ADMINISTRATION, *et al.* ) <br> ) <br> Defendants. ) | Civ. No. 16-1460 (APM) |

NOTICE OF AMICUS CURIAE CAMPAIGN FOR TOBACCO-FREE KIDS IN RESPONSE
TO THE COURT'S NOTICE TO PARTIES

The Campaign for Tobacco-Free Kids ("Tobacco-Free Kids") respectfully responds to the Court's Notice to Parties dated April 3, 2017 [Dkt. 31].

Lawyers with the law firm, Zuckerman Spaeder LLP, have been representing Tobacco-Free Kids and other public health and medical organizations in connection with *amicus curiae* briefs either filed, or to be filed, in various lawsuits challenging FDA's deeming rule extending the agency's authority to, among other tobacco products, e-cigarettes and cigars. Although Tobacco-Free Kids does not anticipate having Zuckerman lawyers enter an appearance before this Court, Andrew N. Goldfarb and Carlos T. Angulo at Zuckerman have performed approximately four (4) hours of work on this matter thus far and are expected to provide substantial assistance in drafting the amicus brief that Tobacco-Free Kids intends to file in this case.

1

Respectfully submitted,

*Mark E. Greenwold*

Mark E. Greenwold

Mark Greenwold (DC Bar No. 178186)
Dennis Henigan (DC Bar No. 951897)
Campaign for Tobacco-Free Kids
1400 Eye St., NW
Washington, D.C. 20005

April 5, 2017

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.4, I hereby certify that on this fifth day of April, 2017, I electronically filed the foregoing NOTICE with the Court by using the CM/ECF system. All parties to the case have been served through the CM/ECF system.

*Mark E. Greenwold*
Mark Greenwold