IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIGAR ASSOCIATION OF AMERICA,
*et al.*,

           Plaintiffs,

      v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION; UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES; THOMAS E. PRICE,
M.D., in his official capacity as Secretary of
Health and Human Services; and STEPHEN
OSTROFF, M.D., in his official capacity as
Acting Commissioner of Food and Drugs,[1]

           Defendants.

Civil Action No. 16-1460 (APM)

## ~~[PROPOSED]~~ ORDER

This case concerns a challenge to, among other things, a U.S. Food and Drug

Administration ("FDA") rule that deems cigars and pipe tobacco to be "tobacco products" subject

to FDA regulation. *See* FDA, Deeming Tobacco Products To Be Subject to the Federal Food,

Drug, and Cosmetic Act, as Amended by the Family Smoking Prevention and Tobacco Control

Act; Restrictions on the Sale and Distribution of Tobacco Products and Required Warning

Statements for Tobacco Products, No. FDA-2014-N-0189, 81 Fed. Reg. 28,973 (May 10, 2016)

(the "Rule"). Upon consideration of the parties' joint motion to amend the scheduling order and

Defendants' representation that the FDA will extend and defer enforcement of all future

compliance deadlines under the Rule for cigar and pipe tobacco products for 3 months, it is hereby

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Dr. Thomas Price and Dr. Stephen Ostroff are substituted for
their predecessors in office.

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the [17] scheduling order in this case is amended as follows:

- Defendants' opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment shall be filed by:  August 1, 2017

- Briefs of any amici granted leave to file in support of Defendants shall be filed by: August 8, 2017

- Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment shall be filed by:  September 14, 2017

- Defendants' reply in support of their cross-motion for summary judgment shall be filed by:  October 16, 2017

- Plaintiffs shall file the appendix of excerpts of the administrative record by:  October 30, 2017

- Oral argument shall be rescheduled for a date and time that suits the Court.

**SO ORDERED**.

Dated:      5|2|17

AMIT P. MEHTA
United States District Judge