IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIGAR ASSOCIATION OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>    Defendants. | Civil Action No. 16-1460 (APM) |

**DEFENDANTS' RESPONSE TO
PLAINTIFFS' SUPPLEMENTAL BRIEF ON NASEM REPORT**

  The National Academies of Science, Engineering, and Medicine (NASEM) report on premium cigars has no bearing on the two remaining APA challenges to the deeming rule in this case. The report was released in 2022, over five years after the final deeming rule was issued in 2016. As this Court has explained, judicial review is limited to the record "before the [agency] at the time [it] made [its] decision," not "extra-record submissions" that the agency had no opportunity to consider. *Cigar Ass'n of Am. v. FDA*, 315 F. Supp. 3d 143, 171 n.9 (D.D.C. 2018) (brackets in original) (citation omitted).

  Even if the NASEM report were properly considered, however, it would further support the FDA's decision to deem premium cigars — instead of leaving them entirely unregulated — in multiple ways. For example:

- **Youth and Young Adult Use:** While premium cigars might have comparatively lower youth usage rates than other tobacco products, NASEM reported that tens of thousands of youth and hundreds of thousands of young adults are current premium cigar smokers. NASEM Report at 384, 396, ECF No. 265-1 (of the 0.9% of Americans who currently smoke premium cigars, 13.5% are age 18–25 and 0.6% are

1

under age 18).[1] This evidence is consistent with the record before the FDA at the time of the deeming rule, which led the agency to conclude that "youth and young adults use premium cigars." 81 Fed. Reg. 28,974, 29,022 (May 10, 2016); *see also* Gov't Br. at 17–19, ECF No. 250-1.

- **Usage Patterns:** While some people smoke premium cigars less often than cigarettes, NASEM reported that 7.6% of premium cigar users — hundreds of thousands of adults nationwide — smoked them on 20 or more of the past 30 days, and between 3.5% and 6.4% are daily users. NASEM Report at 114. These rates are even higher than at the time of the deeming rule, when 3.3% were daily users. *See* Gov't Br. at 16. As the FDA explained in the final rule, this frequency of cigar use causes over 9,000 premature deaths each year — the loss of almost 140,000 years of potential life. 81 Fed. Reg. at 29,020, 29,021; *see also* NASEM Report at 16–17 (reporting strongly suggestive evidence that daily cigar use carries significantly elevated health risks).

- **Premium Cigar Marketing:** Although the toxins in premium cigar smoke are no different than those in cigarettes and other types of cigars, NASEM Report at 10, NASEM reported that premium cigars are advertised as less harmful than other tobacco products, *id.* at 14. Premium cigar companies also market their products in ways that may appeal to young people, like sponsoring music festivals and using hip-hop and rock music to promote their products. *Id.* at 14.

---

[1] In absolute numbers, these percentages translate to 398,811 young adults and 17,724 youth in 2019. *See* U.S. Census Bureau, *2019 U.S. Population Estimates Continue to Show the Nation's Growth Is Slowing*, available at https://www.census.gov/newsroom/press-releases/2019/popest-nation.html (Dec. 30, 2019) (reporting 2019 U.S. population of 328,239,523).

| | |
|---|---|
| Dated:  May 2, 2022 | Respectfully submitted, |
| Of counsel: | BRIAN D. NETTER<br>Deputy Assistant Attorney General |
| DANIEL J. BARRY<br>Acting General Counsel<br>U.S. Dep't of Health and Human Services | ERIC B. BECKENHAUER<br>Assistant Branch Director |
| MARK RAZA<br>Chief Counsel<br>U.S. Food and Drug Administration | /s/ *Garrett Coyle*<br>GARRETT COYLE<br>Trial Attorney<br>U.S. Department of Justice |
| WENDY S. VICENTE<br>Acting Deputy Chief Counsel for Litigation | Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005 |
| PETER DICKOS<br>Associate Chief Counsel<br>Office of the Chief Counsel<br>U.S. Food and Drug Administration | (202) 616-8016<br>garrett.coyle@usdoj.gov<br><br>*Counsel for Defendants* |