# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CIGAR ASSOCIATION OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:16-cv-1460 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE - FIRM AND ADDRESS CHANGE

PLEASE TAKE NOTICE THAT, effective immediately, the contact information for Michael J. Edney, counsel of record for Plaintiffs, is as follows:

HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
(202) 788-2204
medney@HuntonAK.com

Dated:  January 26, 2023                     Respectfully submitted,

                                                                By:   /s/  Michael J. Edney
                                                               Michael J. Edney (Bar No. 492024)
                                                               HUNTON ANDREWS KURTH LLP
                                                               2200 Pennsylvania Ave., NW
                                                               Washington, DC 20037
                                                               (202) 788-2204
                                                               medney@HuntonAK.com

                                                               *Counsel for Plaintiffs Premium Cigar*
                                                               *Association and Cigar Rights of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I caused this document to be electronically filed with the Clerk of this Court using the CM/ECF system which serves all counsel of record.

By: /s/ *Michael J. Edney*
Michael J. Edney