APPEAL,CONSOL,TYPE–C

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:16–cv–01460–APM</u>
### *Internal Use Only*

CIGAR ASSOCIATION OF AMERICA et al v. UNITED STATES FOOD AND DRUG ADMINISTRATION et al

Assigned to: Judge Amit P. Mehta

Case:  1:18–cv–01797–APM

Case in other court:  18–05195

USCA, 20–05266

Cause: 05:702 Administrative Procedure Act

Date Filed: 07/15/2016

Jury Demand: None

Nature of Suit: 890 Other Statutory Actions

Jurisdiction: U.S. Government Defendant

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **CIGAR ASSOCIATION OF AMERICA** | represented by | **Brian T Burgess** |

**CIGAR ASSOCIATION OF AMERICA**

represented by

**Brian T Burgess**
GOODWIN PROCTER LLP
1900 N St NW
Washington, DC 20036
(202) 346–4000
Fax: (202) 346–4444
Email: <u>BBurgess@goodwinlaw.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Raffman**
GOODWIN PROCTER LLP
1900 N St NW
Washington, DC 20036
202–346–4259
Email: <u>mraffman@goodwinlaw.com</u>
*TERMINATED: 02/08/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Edney**
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037
202–778–2004
Email: <u>medney@huntonak.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Kim**
GOODWIN PROCTER LLP
1900 N St NW
Washington, DC 20036
202–346–4000

Email: andrewkim@goodwinlaw.com
*ATTORNEY TO BE NOTICED*

**Mark A. Heller**
GOODWIN PROCTER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346–4000
Email: mheller@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

INTERNATIONAL PREMIUM
CIGAR AND PIPE RETAILERS
ASSOCIATION
*TERMINATED: 10/23/2019*

represented by **Mark S. Raffman**
(See above for address)
*TERMINATED: 02/08/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caroline M. Mew**
PERKINS COIE LLP
700 13th Street, NW
Suite 800
Washington, DC 20005–3960
202–654–1767
Fax: 202–654–6211
Email: cmew@perkinscoie.com
*TERMINATED: 03/14/2018*

**Ryan E. Meltzer**
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701–4255
(512) 536–5234
Fax: (512) 536–4598
Email: ryan.meltzer@nortonrosefulbright.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A. Heller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CIGAR RIGHTS OF AMERICA**                 represented by  **Mark S. Raffman**
                                                            (See above for address)
                                                            *TERMINATED: 02/08/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael James Edney**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrew Kim**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Caroline M. Mew**
                                                            (See above for address)
                                                            *TERMINATED: 03/14/2018*

                                                            **Ryan E. Meltzer**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Mark A. Heller**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EN FUEGO TOBACCO SHOP LLC**               represented by  **Michael James Edney**
*18cv1797*                                                 (See above for address)
*TERMINATED: 08/08/2019*                                   *LEAD ATTORNEY*
*doing business as*                                        *ATTORNEY TO BE NOTICED*
EN FUEGO TOBACCO SHOP
*TERMINATED: 08/08/2019*                                   **Clyde M. Siebman**
                                                            SIEBMAN FORREST BURG & SMITH,
                                                            LLP
                                                            Federal Courthouse Square
                                                            300 N. Travis Street
                                                            Sherman, TX 75090
                                                            (903) 870–0070
                                                            Fax: (903) 870–0066
                                                            Email: clydesiebman@siebman.com
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Elizabeth S. Forrest**
                                                            SIEBMAN FORREST BURG & SMITH,
                                                            LLP
                                                            Federal Courthouse Square

3

300 N. Travis Street
Sherman, TX 75090
(903) 870–0070
Fax: (903) 870–0066
Email: elizabethforrest@siebman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan E. Meltzer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CUBA LIBRE ENTERPRISES LLC**
*18cv1797*
*TERMINATED: 08/08/2019*
*doing business as*
EL CUBANO CIGARS
*TERMINATED: 08/08/2019*

represented by **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clyde M. Siebman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth S. Forrest**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan E. Meltzer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TEXAS CIGAR MERCHANTS
ASSOCIATION**
*18cv1797*
*TERMINATED: 08/08/2019*

represented by **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clyde M. Siebman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth S. Forrest**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan E. Meltzer**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PREMIUM CIGAR ASSOCIATION**          represented by   **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**ALEC BRADLEY CIGAR**                 represented by   **Michael James Edney**
**DISTRIBUTORS, INC.**                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ASHTON DISTRIBUTORS, INC.**          represented by   **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**HOLT CIGAR COMPANY, INC.**           represented by   **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**CROWNED HEADS, LLC**                 represented by   **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**A. FUENTE & CO.**                    represented by   **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**PILOTO CIGARS, INC.**                represented by   **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**ROCKY PATEL PREMIUM CIGARS**  represented by  **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**OLIVA CIGAR CO.**  represented by  **Michael James Edney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES FOOD AND DRUG**  represented by  **Eric B. Beckenhauer**
**ADMINISTRATION**  U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514–3338
Fax: (202) 616–8470
Email: eric.beckenhauer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett Joseph Coyle**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 616–8016
Email: garrett.coyle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 305–8576
Fax: (202) 616–8470
Email: stephen.pezzi@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
450 Golden Gate Ave

6

Suite 7–5395
San Francisco, CA 94102
(415) 436–6635
Fax: (415) 436–6632
Email: stuart.j.robinson@usdoj.gov
*TERMINATED: 06/26/2019*

**Defendant**

**UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN
SERVICES**

represented by   **Eric B. Beckenhauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett Joseph Coyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Pezzi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
(See above for address)
*TERMINATED: 06/26/2019*

**Defendant**

**SYLVIA MATHEWS BURWELL**
*in her official capacity as Secretary of
Health and Human Services*
*TERMINATED: 01/22/2019*

represented by   **Eric B. Beckenhauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett Joseph Coyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Justin Robinson**
(See above for address)
*TERMINATED: 06/26/2019*

**Defendant**

**ROBERT CALIFF**
*M.D., in his official capacity as
Commissioner of Food and Drugs*
*TERMINATED: 01/22/2018*

represented by   **Eric B. Beckenhauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett Joseph Coyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stuart Justin Robinson
(See above for address)
*TERMINATED: 06/26/2019*

**Defendant**

**SCOTT GOTTLIEB**                        represented by   **Eric B. Beckenhauer**
*M.D., in his official capacity as*                        (See above for address)
*Commissioner of Food and Drugs*                          *LEAD ATTORNEY*
*TERMINATED: 10/23/2019*                                  *ATTORNEY TO BE NOTICED*

                                                          **Garrett Joseph Coyle**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**ALEX M. AZAR, II**                      represented by   **Eric B. Beckenhauer**
*in his official capacity as Secretary of*                (See above for address)
*Health and Human Services*                               *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Garrett Joseph Coyle**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen M. Pezzi**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**NORMAN E. SHARPLESS**                   represented by   **Eric B. Beckenhauer**
*M.D., in his official capacity as*                        (See above for address)
*Commissioner of Food and Drugs*                          *LEAD ATTORNEY*
*TERMINATED: 02/24/2020*                                  *ATTORNEY TO BE NOTICED*

                                                          **Garrett Joseph Coyle**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**STEPHEN HAHN**                          represented by   **Garrett Joseph Coyle**
*In his official capacity as Commissioner*                (See above for address)
*of Food and Drugs*                                       *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen M. Pezzi**
                                                          (See above for address)

*ATTORNEY TO BE NOTICED*

**Movant**

**STATE OF ARIZONA**                    represented by  **Keith Joseph Miller**
                                                        OFFICE OF THE ATTORNEY
                                                        GENERAL
                                                        1275 W. Washington Street
                                                        Phoenix, AZ 85007
                                                        (602) 542–3333
                                                        Email: Keith.Miller@azag.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**STATE OF MICHIGAN**                   represented by  **Keith Joseph Miller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**STATE OF LOUISIANA**                  represented by  **Keith Joseph Miller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**LINDA GOLDSTEIN**                     represented by  **Jeffrey B. Dubner**
                                                        U.S. Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L Street, NW
                                                        Room 12002
                                                        Washington, DC 20530
                                                        202–701–1773
                                                        Email: jdubner@democracyforward.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**CAUSE OF ACTION INSTITUTE**           represented by  **Patrick Joseph Massari**
                                                        8517 Ellicott View Road
                                                        Ellicott City, MD 21043
                                                        410–746–7280
                                                        Email: pjmassesq@aol.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric R. Bolinder**
                                                        CAUSE OF ACTION INSTITUTE
                                                        1310 N. Courthouse Road
                                                        Suite 700

Arlington, VA 22201–2961
571–329–3324
Email: EBolinder@afphq.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**CAMPAIGN FOR TOBACCO–FREE KIDS**

represented by **Mark E. Greenwold**
MARK GREENWOLD
3913 Highwood Court NW
Washington, DC 20007
202–965–2728
Email: mgreenwold@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Holtzblatt**
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202–663–6964
Email: ari.holtzblatt@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Javier M. Guzman**
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 12002
Washington, DC 20530
(202) 448–9090
Email: jguzman@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Dubner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
WILMER CUTLER PICKERING HALE
AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663–6848
Email: lynn.eisenberg@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN ACADEMY OF PEDIATRICS**

represented by **Kelly P. Dunbar**
WILMER CUTLER PICKERING HALE
& DORR

2100 Pennsylvania Avenue NW
Washington, DC 20037
202–663–6262
Email: kelly.dunbar@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Holtzblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dennis A. Henigan**
CAMPAIGN FOR TOBACCO–FREE
KIDS
1400 Eye Street, NW
Suite 1200
Washington, DC 20005
202–481–9366
Email: dhenigan@tobaccofreekids.org
*ATTORNEY TO BE NOTICED*

**Javier M. Guzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Dubner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Matthew Lamb**
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202–663–6249
Fax: 202–663–6363
Email: kevin.lamb@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark E. Greenwold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN CANCER SOCIETY**          represented by   **Dennis A. Henigan**
**CANCER ACTION NETWORK**                             (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Kelly P. Dunbar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Greenwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Holtzblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier M. Guzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Dubner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Matthew Lamb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN HEART ASSOCIATION**          represented by   **Dennis A. Henigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly P. Dunbar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Greenwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Holtzblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier M. Guzman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Dubner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Matthew Lamb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN LUNG ASSOCIATION**      represented by   **Dennis A. Henigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly P. Dunbar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark E. Greenwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Holtzblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier M. Guzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Dubner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Matthew Lamb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**TRUTH INITIATIVE**                    represented by   **Dennis A. Henigan**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kelly P. Dunbar**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark E. Greenwold**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ari Holtzblatt**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Javier M. Guzman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey B. Dubner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Matthew Lamb**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lynn Eisenberg**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**CAMPAIGN FOR TOBACCO–FREE**           represented by   **Dennis A. Henigan**
**KIDS**                                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kelly P. Dunbar**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark E. Greenwold**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ari Holtzblatt**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier M. Guzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Dubner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Matthew Lamb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**MARYLAND CHAPTER–AMERICAN ACADEMY OF PEDIATRICS**          represented by   **Jeffrey B. Dubner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**LEAH BRASCH**          represented by   **Jeffrey B. Dubner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**CYNTHIA FISHMAN**          represented by   **Jeffrey B. Dubner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**STEVEN HIRSCH**          represented by   **Jeffrey B. Dubner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**DAVID MYLES**          represented by   **Jeffrey B. Dubner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2016 | 1 | COMPLAINT against SYLVIA M. BURWELL, in her official capacity as Secretary of Health and Human Services, Robert Califf, M.D., in his official capacity as Commissioner of Food and Drugs, UNITED STATES FOOD AND DRUG ADMINISTRATION, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES ( Filing fee $ 400 receipt number 0090–4605334) filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Civil Cover Sheet, # 2 Summons United States Food and Drug Administration, # 3 Summons United States Department of Health and Human Services, # 4 Summons Sylvia M. Burwell, # 5 Summons Robert Califf, M.D.)(Heller, Mark) (Entered: 07/15/2016) |
| 07/19/2016 | | Case Assigned to Judge Amit P. Mehta. (dr) (Entered: 07/19/2016) |
| 07/19/2016 | 2 | REQUEST FOR SUMMONS TO ISSUE *as to the United States Attorney General and the United States Attorney's Office for the District of Columbia* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION.(Heller, Mark) (Entered: 07/19/2016) |
| 07/19/2016 | 3 | SUMMONS (6) Issued Electronically as to SYLVIA M. BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Consent Form)(zsb) (Entered: 07/19/2016) |
| 07/26/2016 | 4 | NOTICE of Appearance by Mark S. Raffman on behalf of CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Raffman, Mark) (Entered: 07/26/2016) |
| 08/18/2016 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SYLVIA M. BURWELL served on 8/1/2016 (Raffman, Mark) (Entered: 08/18/2016) |
| 08/18/2016 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES served on 7/26/2016 (Raffman, Mark) (Entered: 08/18/2016) |
| 08/18/2016 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 7/26/2016. (Raffman, Mark) (Entered: 08/18/2016) |
| 08/18/2016 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 7/26/2016. Answer due for ALL FEDERAL DEFENDANTS by 9/24/2016. (Raffman, Mark) (Entered: 08/18/2016) |
| 09/30/2016 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/27/2016. Answer due for ALL FEDERAL DEFENDANTS by 11/26/2016. (Attachments: # 1 Affidavit of Alexis D. Fernandez)(Heller, Mark) (Entered: 09/30/2016) |
| 10/26/2016 | 10 | |

| | | |
|---|---|---|
| | | ANSWER to Complaint by SYLVIA M. BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION.(Beckenhauer, Eric) (Entered: 10/26/2016) |
| 10/27/2016 | 11 | ORDER: Both a Complaint and an Answer are now before the court in this APA case. It is hereby ordered that the parties shall meet and confer and file a Joint Status Report on or before November 14, 2016. Please see the attached Order for additional details. Signed by Judge Amit P. Mehta on 10/27/2016. (lcapm3) (Entered: 10/27/2016) |
| 10/27/2016 | | Set/Reset Deadlines/Hearings: Joint Status Report due by 11/14/2016. (cdw) (Entered: 10/28/2016) |
| 11/03/2016 | 12 | NOTICE of Appearance by Michael James Edney on behalf of CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Edney, Michael) (Entered: 11/03/2016) |
| 11/03/2016 | 13 | NOTICE of Appearance by Caroline M. Mew on behalf of CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Mew, Caroline) (Entered: 11/03/2016) |
| 11/14/2016 | 14 | Joint STATUS REPORT *and* MOTION for Extension of Time by SYLVIA M. BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) Modified on 11/15/2016 (znmw). (Entered: 11/14/2016) |
| 11/15/2016 | | MINUTE ORDER granting 14 Motion for Extension of Time. The parties shall file another Joint Status Report that proposes a schedule for this case on or before November 18, 2016. Signed by Judge Amit P. Mehta on 11/15/2016. (lcapm3) (Entered: 11/15/2016) |
| 11/15/2016 | | Set/Reset Deadlines/Hearings: Joint Status Report due by 11/18/2016. (cdw) (Entered: 11/15/2016) |
| 11/18/2016 | 15 | Joint STATUS REPORT *and Proposed Scheduling Order* by SYLVIA M. BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 11/18/2016) |
| 11/18/2016 | 16 | NOTICE *of Filing of Certified Index to Administrative Record* by SYLVIA M. BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Certified Index to Administrative Record)(Beckenhauer, Eric) (Entered: 11/18/2016) |
| 11/22/2016 | 17 | ORDER: Having considered the parties' 15 Joint Status Report and Proposed Scheduling Order, the court sets the following schedule for further proceedings in this matter: Plaintiffs' Motion for Summary Judgment shall be filed on or before February 13, 2017; Briefs of any amici granted leave to file in support of Plaintiffs shall be filed on or before February 20, 2017; Defendants' Opposition and Cross–Motion for Summary Judgment shall be filed on or before March 30, 2017; Briefs of any amici granted leave to file in support of Defendants shall be filed on or |

| | | |
|---|---|---|
| | | before April 6, 2017; Plaintiffs' Reply and Opposition shall be filed on or before May 15, 2017; Defendants' Reply shall be filed on or before June 14, 2017; and Plaintiffs' appendix containing excerpts of the administrative record shall be filed on or before June 28, 2017. Oral argument is scheduled for July 28, 2017 at 10:00 a.m. in Courtroom 10. Please see the attached Order for additional details, and please note bolded additions to the Order. Signed by Judge Amit P. Mehta on 11/22/2016. (lcapm3) (Entered: 11/22/2016) |
| 11/22/2016 | | Set/Reset Deadlines/Hearings: Plaintiffs' Summary Judgment motion due by 2/13/2017. Response to Motion for Summary Judgment due by 3/30/2017. Reply to Motion for Summary Judgment due by 5/15/2017. Plaintiffs' Brief of any amici due by 2/20/2017. Defendant's Cross Motion due by 3/30/2017. Response to Cross Motion due by 5/15/2017. Reply to Cross Motion due by 6/14/2017. Defendants' Brief of any amici due by 4/6/2017. Plaintiffs' appendix due by 6/28/2017. Oral argument scheduled for 7/28/2017 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (cdw) (Entered: 12/05/2016) |
| 12/12/2016 | 18 | Joint MOTION for Protective Order by CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 12/12/2016) |
| 12/13/2016 | 19 | ORDER granting 18 Joint Motion for Protective Order. Please see the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/13/2016. (lcapm3) (Entered: 12/13/2016) |
| 02/03/2017 | 20 | MOTION for Leave to File Excess Pages , MOTION to Expedite by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 02/03/2017) |
| 02/06/2017 | | MINUTE ORDER. It is hereby ordered that Defendants shall file a Response to Plaintiffs' 20 Motion to Exceed Page Limits and for Expedited Consideration of Motion by noon on Tuesday, February 7. Signed by Judge Amit P. Mehta on 02/06/2017. (lcapm3) (Entered: 02/06/2017) |
| 02/06/2017 | | Set/Reset Deadlines/Hearings: Response to 20 due by 2/7/2017. (cdw) (Entered: 02/06/2017) |
| 02/06/2017 | 21 | RESPONSE re 20 MOTION for Leave to File Excess Pages MOTION to Expedite filed by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 02/06/2017) |
| 02/07/2017 | | MINUTE ORDER granting Plaintiffs' 20 Motion to Exceed Page Limits. Plaintiffs' Memorandum in Support of their Motion for Summary Judgment shall not exceed 65 pages. Signed by Judge Amit P. Mehta on 02/07/2017. (lcapm3) (Entered: 02/07/2017) |
| 02/13/2017 | 22 | MOTION for Summary Judgment by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Declaration of Cecil Reynolds, Ph.D., # 2 Exhibit 1 to Reynolds Decl., # 3 Exhibit 2 to Reynolds Decl., # 4 Declaration of Rocky Patel, # 5 Exhibit A to Patel Decl., # 6 Exhibit B to Patel Decl., # 7 Declaration of Janelle Rosenfeld, # 8 Exhibit A to Rosenfeld Decl., # 9 |

| | | |
|---|---|---|
| | | Declaration of John Anderson, # 10 Text of Proposed Order)(Edney, Michael) (Entered: 02/13/2017) |
| 02/16/2017 | | MINUTE ORDER resetting briefing deadline in this case. Briefs of any amici granted leave to file in support of Plaintiffs shall be filed on or before February 21, 2017. The court hereby vacates the previous deadline of February 20, 2017, due to the federal holiday. Signed by Judge Amit P. Mehta on 02/16/2017. (lcapm3) (Entered: 02/16/2017) |
| 02/21/2017 | 23 | MOTION for Leave to File *Amicus Brief and Statement of Points & Authorities In Support Thereof* by CAUSE OF ACTION INSTITUTE (Attachments: # 1 Exhibit Brief of Amicus Curiae Cause of Action Institute, # 2 Text of Proposed Order)(Massari, Patrick) (Entered: 02/21/2017) |
| 02/21/2017 | 24 | ENTERED IN ERROR.....NOTICE *Brief of the Amici Curiae States in Support of Plaintiffs* by ARIZONA (Miller, Keith) Modified on 2/22/2017 (jf). (Entered: 02/21/2017) |
| 02/21/2017 | 25 | AMICUS BRIEF by STATE OF ARIZONA, STATE OF LOUISIANA, STATE OF MICHIGAN. (jf) (Entered: 02/22/2017) |
| 02/22/2017 | | NOTICE OF ERROR re 24 Notice (Other); emailed to Keith.Miller@azag.gov, cc'd 9 associated attorneys –– The PDF file you docketed contained errors: 1. Incorrect document/case, 2. Parties must file a motion for amicus with attachment(s) (jf, ) (Entered: 02/22/2017) |
| 03/17/2017 | 26 | MOTION for Extension of Time to File Response/Reply , MOTION to Expedite by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 03/17/2017) |
| 03/20/2017 | | MINUTE ORDER. Plaintiffs' Opposition, if any, to 26 Defendants' Motion to Extend Deadlines shall be filed by close of business on March 21, 2017. Signed by Judge Amit P. Mehta on 03/20/2017. (lcapm3) (Entered: 03/20/2017) |
| 03/21/2017 | 27 | Joint MOTION to Amend/Correct *17 Scheduling Order* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 03/21/2017) |
| 03/21/2017 | 28 | NOTICE OF WITHDRAWAL OF MOTION by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION re 26 MOTION for Extension of Time to File Response/Reply MOTION to Expedite (Beckenhauer, Eric) (Entered: 03/21/2017) |
| 03/22/2017 | | VACATED PURSUANT TO COURT'S ORDER OF 5/2/2017............MINUTE ORDER granting 27 the parties' Joint Motion to Amend Scheduling Order. The revised schedule is as follows: Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross–Motion for Summary Judgment shall be filed on or before May 1, 2017; briefs of any amici granted leave to file in support of Defendants shall be filed on or before May 8, 2017; Plaintiffs' Reply in Support of its Motion for Summary Judgment and Opposition to Defendants' Cross–Motion shall be filed on or |

| | | |
|---|---|---|
| | | before June 14, 2017; Defendants' Reply in Support of their Cross–Motion for Summary Judgment shall be filed on or before July 14, 2017; Plaintiffs shall file the appendix of excerpts of the administrative record on or before July 28, 2017; and oral argument is scheduled for August 30, 2017, at 10 a.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 03/22/2017. (lcapm3) Modified on 5/3/2017 (zcdw). (Entered: 03/22/2017) |
| 03/22/2017 | | Set/Reset Deadlines/Hearings: Defendant's Response to Motion for Summary Judgment due by 5/1/2017. Reply to Motion for Summary Judgment due by 6/14/2017. Defendants' Cross Motion due by 5/1/2017. Response to Cross Motion due by 6/14/2017. Reply to Cross Motion due by 7/14/2017. Briefs of amici due by 5/8/2017. Plaintiffs' appendix due by 7/28/2017. Motion Hearing set for 8/30/2017 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (cdw) (Entered: 03/23/2017) |
| 04/03/2017 | 29 | MOTION for Leave to File by Campaign for Tobacco–Free Kids (Greenwold, Mark) (Entered: 04/03/2017) |
| 04/03/2017 | | MINUTE ORDER granting 23 Cause of Action Institute's Motion for Leave to File Brief as Amicus Curiae. Signed by Judge Amit P. Mehta on 04/03/2017. (lcapm3) (Entered: 04/03/2017) |
| 04/03/2017 | 30 | ORDER granting 29 Unopposed Motion of Campaign for Tobacco–Free Kids for Leave to File Brief Amicus Curiae. See attached Order for additional details. Signed by Judge Amit P. Mehta on 04/03/2017. (lcapm3) (Entered: 04/03/2017) |
| 04/03/2017 | 31 | NOTICE TO PARTIES. See attached Notice. Signed by Judge Amit P. Mehta on 04/03/2017. (lcapm3) (Entered: 04/03/2017) |
| 04/03/2017 | 32 | AMICUS BRIEF re 22 IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY JUDGMENT by CAUSE OF ACTION INSTITUTE. (jf) (Entered: 04/03/2017) |
| 04/05/2017 | 33 | NOTICE *in Response to the Court's Notice of April 3, 2017* by CAMPAIGN FOR TOBACCO–FREE KIDS (Greenwold, Mark) (Entered: 04/05/2017) |
| 05/01/2017 | 34 | Joint MOTION to Amend/Correct 17 *Scheduling Order* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 05/01/2017) |
| 05/02/2017 | 35 | VACATED PURSUANT TO ORDER FILED 9/19/2017.....ORDER granting 34 the parties' Joint Motion to Amend Scheduling Order. The revised schedule in this matter is as follows: Defendants' opposition to Plaintiffs' motion for summary judgment and cross–motion for summary judgment shall be filed on or before August 1, 2017; briefs of any amici granted leave to file in support of Defendants shall be filed on or before August 8, 2017; Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendants' cross–motion for summary judgment shall be filed on or before September 14, 2017; Defendants' reply in support of their cross–motion for summary judgment shall be filed on or before October 16, 2017; Plaintiffs shall file the appendix of excerpts of the administrative record on or before October 30, 2017; and oral argument is rescheduled for December 8, 2017, at 10 a.m. The court's March 22, 2017, Minute Order is hereby vacated. See attached Order for additional details. Signed by Judge Amit P. Mehta on 05/02/2017. (lcapm3) Modified on 9/20/2017 (znmw). (Entered: 05/02/2017) |

| 05/02/2017 | | Set/Reset Deadlines/Hearings: Response to Motion for Summary Judgment due by 8/1/2017. Reply to Motion for Summary Judgment due by 9/14/2017. Cross Motion due by 8/1/2017. Response to Cross Motion due by 9/14/2017. Reply to Cross Motion due by 10/16/2017. Amici Briefs due by 8/8/2017. Plaintiff's appendix due by 10/30/2017. Motion Hearing set for 12/8/2017 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (cdw) (Entered: 05/03/2017) |
|---|---|---|
| 07/24/2017 | 36 | MOTION to Intervene by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, TRUTH INITIATIVE, CAMPAIGN FOR TOBACCO–FREE KIDS (Attachments: # 1 Text of Proposed Order, # 2 Proposed Answer, # 3 Del Monte Affidavit, # 4 Myers Affidavit, # 5 Phillips Affidavit, # 6 Schoeberl Affidavit, # 7 Vargyas Affidavit, # 8 Wimmer Affidavit)(Dunbar, Kelly) (Entered: 07/24/2017) |
| 07/24/2017 | 37 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE (Dunbar, Kelly) (Entered: 07/24/2017) |
| 07/24/2017 | 38 | NOTICE of Appearance by Kevin Matthew Lamb on behalf of AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE (Lamb, Kevin) (Entered: 07/24/2017) |
| 07/27/2017 | 39 | NOTICE of Appearance by Mark E. Greenwold on behalf of AMERICAN ACADEMY OF PEDIATRICS (Greenwold, Mark) (Entered: 07/27/2017) |
| 08/01/2017 | 40 | Joint MOTION to Amend/Correct 35 Scheduling Order by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 08/01/2017) |
| 08/02/2017 | 41 | SUPPLEMENTAL MEMORANDUM to re 36 MOTION to Intervene in Further Support and Seeking Expedited Consideration filed by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE. (Dunbar, Kelly) (Entered: 08/02/2017) |
| 08/07/2017 | 42 | NOTICE of Appearance by Javier M. Guzman on behalf of AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE (Guzman, Javier) (Entered: 08/07/2017) |
| 08/07/2017 | | MINUTE ORDER. Pursuant to the teleconference held on this date, the court grants 40 the parties' Joint Motion to Amend Scheduling Order. This matter shall proceed as follows: the court stays the current briefing deadlines, and on or before September 4, 2017, the parties shall file a Joint Status Report, which addresses whether the parties have narrowed any disputed issues and proposes a revised briefing schedule. The briefing schedule on 36 the Motion to Intervene shall proceed in accordance with the |

| | | Local Rules. Signed by Judge Amit P. Mehta on 08/07/2017. (lcapm3) (Entered: 08/07/2017) |
|---|---|---|
| 08/07/2017 | 43 | RESPONSE re 36 MOTION to Intervene filed by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 08/07/2017) |
| 08/07/2017 | 44 | RESPONSE re 36 MOTION to Intervene filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order [Proposed] Order)(Edney, Michael) (Entered: 08/07/2017) |
| 08/07/2017 | | Set/Reset Deadlines/Hearings: Joint Status Report due by 9/4/2017. (cdw) (Entered: 08/08/2017) |
| 08/10/2017 | 45 | NOTICE of Appearance by Jeffrey B. Dubner on behalf of AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE (Dubner, Jeffrey) (Entered: 08/10/2017) |
| 08/14/2017 | 46 | REPLY to opposition to motion re 36 MOTION to Intervene filed by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE. (Dunbar, Kelly) (Entered: 08/14/2017) |
| 08/16/2017 | 47 | NOTICE of Appearance by Ari Holtzblatt on behalf of AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE (Holtzblatt, Ari) (Entered: 08/16/2017) |
| 08/16/2017 | 48 | NOTICE of Appearance by Lynn Eisenberg on behalf of AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE (Eisenberg, Lynn) (Entered: 08/16/2017) |
| 08/18/2017 | 49 | ORDER deferring ruling on 36 Proposed Intervenors' Motion to Intervene as Defendants. See attached Order for additional details. Signed by Judge Amit P. Mehta on 08/18/2017. (lcapm3) (Entered: 08/18/2017) |
| 08/24/2017 | | MINUTE ORDER adjusting the deadline for the parties' Joint Status Report, presently due on September 4, 2017. In light of the holiday, the parties shall file their Joint Status Report on or before September 5, 2017. Signed by Judge Amit P. Mehta on 08/24/2017. (lcapm1) (Entered: 08/24/2017) |
| 08/24/2017 | | Set/Reset Deadlines/Hearings: Joint Status Report due by 9/5/2017. (zcdw) (Entered: 08/26/2017) |
| 08/28/2017 | 50 | NOTICE OF SUPPLEMENTAL AUTHORITY by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, |

| | | |
|---|---|---|
| | | CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE (Attachments: # 1 Exhibit A)(Dunbar, Kelly) (Entered: 08/28/2017) |
| 09/05/2017 | 51 | Joint STATUS REPORT by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Edney, Michael) (Entered: 09/05/2017) |
| 09/05/2017 | 52 | Joint MOTION for Extension of Time to File *Proposed Briefing Schedule* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 09/05/2017) |
| 09/06/2017 | | MINUTE ORDER granting 52 the parties' Joint Motion to Extend the Deadline for Submitting a Proposed Briefing Schedule. The deadline for submitting a proposed briefing schedule is extended until September 8, 2017. The parties' proposed schedule should take into account the time needed for supplemental briefing and resolution of the pending Motion to Intervene. Signed by Judge Amit P. Mehta on 09/06/2017. (lcapm3) (Entered: 09/06/2017) |
| 09/06/2017 | | Set/Reset Deadlines/Hearings: Proposed Briefing Schedule due by 9/8/2017. (zcdw) (Entered: 09/07/2017) |
| 09/08/2017 | 53 | Joint STATUS REPORT *Regarding Briefing Schedule* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Text of Proposed Order, # 2 Text of Proposed Order)(Edney, Michael) (Entered: 09/08/2017) |
| 09/11/2017 | 54 | SUPPLEMENTAL MEMORANDUM to re 36 MOTION to Intervene filed by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE. (Dunbar, Kelly) (Entered: 09/11/2017) |
| 09/12/2017 | | MINUTE ORDER. Pursuant to the telephone conference held on September 12, 2017, the parties shall file supplemental briefing on the issue of intervention. All Supplemental Briefs on this issue are due on or before September 20, 2017. Each brief shall be limited to 5 pages. Further, the parties shall file a Joint Status Report on September 15, 2017, updating the court on their respective positions on the briefing schedule in this matter. Signed by Judge Amit P. Mehta on 09/12/2017. (lcapm1) (Entered: 09/12/2017) |
| 09/12/2017 | | Set/Reset Deadlines/Hearings: Supplemental Briefs due by 9/20/2017. Joint Status Report due by 9/15/2017. (zcdw) (Entered: 09/13/2017) |
| 09/13/2017 | 55 | NOTICE of Appearance by Dennis A. Henigan on behalf of AMERICAN ACADEMY OF PEDIATRICS (Henigan, Dennis) (Entered: 09/13/2017) |
| 09/15/2017 | 56 | Joint STATUS REPORT *on Briefing Schedule* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Text of Proposed Order Plaintiffs' Proposed Order, # 2 Text of Proposed Order Defendants' Proposed Order)(Edney, Michael) (Entered: 09/15/2017) |
| 09/19/2017 | 57 | ORDER setting the following schedule for further proceedings in this matter: Plaintiffs' motion for summary judgment shall be filed on or before October 3, 2017; briefs of any amici granted leave to file in support of Plaintiffs shall be filed on or |

| | | |
|---|---|---|
| | | before October 10, 2017; Defendants' opposition to Plaintiffs' motion for summary judgment and cross–motion for summary judgment shall be filed on or before October 24, 2017; briefs of any amici granted leave to file in support of Defendants shall be filed on or before October 31, 2017; Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendants' cross–motion for summary judgment shall be filed on or before November 7, 2017; Defendants' reply in support of their cross–motion for summary judgment shall be filed on or before November 21, 2017; Plaintiffs' appendix of excerpts of the administrative record shall be filed on or before December 1, 2017; and oral argument is scheduled for December 14, 2017, at 2 p.m. The court's May 2, 2017, Scheduling Order 35 is hereby vacated. See attached Order for additional details. Signed by Judge Amit P. Mehta on 09/19/2017. (lcapm3) (Entered: 09/19/2017) |
| 09/20/2017 | 58 | SUPPLEMENTAL MEMORANDUM to *43 Defendants' Response re 36 Motion to Intervene* filed by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 09/20/2017) |
| 09/20/2017 | 59 | SUPPLEMENTAL MEMORANDUM to re 36 MOTION to Intervene filed by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE. (Dunbar, Kelly) (Entered: 09/20/2017) |
| 09/20/2017 | 60 | SUPPLEMENTAL MEMORANDUM to re 36 MOTION to Intervene *Supplemental Opposition to Motion to Intervene* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Edney, Michael) (Entered: 09/20/2017) |
| 10/03/2017 | 61 | MOTION for Preliminary Injunction by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Declaration of Robert Brady, # 6 Exhibit A to Brady Decl., # 7 Declaration of Nadia Trowbridge, # 8 Exhibit A to Trowbridge Decl., # 9 Exhibit B to Trowbridge Decl., # 10 Exhibit C to Trowbridge Decl., # 11 Declaration of Rakesh Patel, # 12 Exhibit A to Patel Decl., # 13 Exhibit B to Patel Decl., # 14 Declaration of Rob Norris, # 15 Exhibit A to Norris Decl., # 16 Exhibit B to Norris Decl., # 17 Exhibit C to Norris Decl., # 18 Declaration of John Anderson, # 19 Exhibit A to Anderson Decl., # 20 Exhibit B to Anderson Decl., # 21 Exhibit C to Anderson Decl., # 22 Declaration of George Koebe;, # 23 Exhibit A to Koebel Decl., # 24 Exhibit B to Koebel Decl., # 25 Exhibit C to Koebel Decl., # 26 Exhibit D to Koebel Decl., # 27 Declaration of Cecil Reynolds, Ph.D., # 28 Exhibit 1 to Reynolds Decl., # 29 Exhibit 2 to Reynolds Decl., # 30 Declaration Supp. Decl. of Cecil Reynolds, # 31 Text of Proposed Order)(Edney, Michael) (Entered: 10/03/2017) |
| 10/03/2017 | 62 | MOTION for Partial Summary Judgment by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Declaration of Robert Brady, # 6 Exhibit A to Brady Decl., # 7 Declaration of Nadia Trowbridge, # 8 Exhibit A to Trowbridge Decl., # 9 Exhibit B to Trowbridge Decl., # 10 Exhibit C to Trowbridge Decl., # 11 Declaration of Rakesh Patel, # 12 Exhibit Ex. A, # 13 Exhibit Ex. B, # 14 Declaration |

| | | |
|---|---|---|
| | | of Rob Norris, # 15 Exhibit A to Norris Decl, # 16 Exhibit B to Norris Decl., # 17 Exhibit C to Norris Decl., # 18 Declaration of John Anderson, # 19 Exhibit A to Anderson Decl., # 20 Exhibit B to Anderson Decl., # 21 Exhibit C to Anderson Decl., # 22 Declaration of George Koebel, # 23 Exhibit A to Koebel Decl., # 24 Exhibit B to Koebel Decl., # 25 Exhibit C to Koebel Decl., # 26 Exhibit D to Koebel Decl., # 27 Declaration of Cecil Reynolds, Ph.D., # 28 Exhibit 1 to Reynolds Decl., # 29 Exhibit 2 to Reynolds Decl., # 30 Declaration Supplemental Decl. of Cecil Reynolds, # 31 Text of Proposed Order)(Edney, Michael) Modified event title on 10/4/2017 (znmw). (Entered: 10/03/2017) |
| 10/03/2017 | 63 | NOTICE *of Filing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION re 61 MOTION for Preliminary Injunction , 62 MOTION for Summary Judgment *(Partial)* (Edney, Michael) (Entered: 10/03/2017) |
| 10/10/2017 | 64 | NOTICE of Appearance by Eric R. Bolinder on behalf of CAUSE OF ACTION INSTITUTE (Bolinder, Eric) (Entered: 10/10/2017) |
| 10/10/2017 | 65 | MOTION for Leave to File *Amicus Brief and Statement of Points & Authorities In Support Thereof* by CAUSE OF ACTION INSTITUTE (Bolinder, Eric) (Entered: 10/10/2017) |
| 10/10/2017 | 66 | AMICUS BRIEF *Brief of Amicus Curiae in Support of Plaintiffs* by STATE OF ARIZONA re 61 MOTION for Preliminary Injunction , 62 MOTION for Partial Summary Judgment (Miller, Keith) Modified event title on 10/11/2017 (znmw). (Entered: 10/10/2017) |
| 10/12/2017 | | MINUTE ORDER granting 65 Cause of Action Institute's Motion for Leave to File Brief as Amicus Curiae in Support of Plaintiffs' Motion for Partial Summary Judgment. Signed by Judge Amit P. Mehta on 10/12/2017. (lcapm3) (Entered: 10/12/2017) |
| 10/12/2017 | 67 | AMICUS BRIEF by CAUSE OF ACTION INSTITUTE. (znmw) (Entered: 10/13/2017) |
| 10/16/2017 | 68 | MEMORANDUM OPINION re: 36 Proposed Intervenors' Motion to Intervene. Signed by Judge Amit P. Mehta on 10/16/2017. (lcapm3) (Entered: 10/16/2017) |
| 10/16/2017 | 69 | ORDER. For the reasons stated in 68 the court's Memorandum Opinion, the court denies 36 Proposed Intervenors' Motion to Intervene. See attached Order for additional details. Signed by Judge Amit P. Mehta on 10/16/2017. (lcapm3) (Entered: 10/16/2017) |
| 10/17/2017 | 70 | Unopposed MOTION to Amend/Correct 57 Order,,,, *Briefing Schedule* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 10/17/2017) |
| 10/17/2017 | | MINUTE ORDER granting Plaintiffs' 70 Unopposed Motion to Amend the Briefing Schedule Order and amending the court's 57 Order. The revised schedule in this matter is as follows: Defendants' opposition to Plaintiffs' motions and cross−motion for summary judgment shall be filed on or before October 24, 2017; briefs of any amici granted leave to file in support of Defendants shall be filed on or before October 31, 2017; Plaintiffs' reply in support of their motions for summary judgment and for a preliminary injunction and in opposition to Defendants' cross−motion for |

| | | |
|---|---|---|
| | | summary judgment shall be filed on or before November 14, 2017; Defendants' reply in support of their cross–motion for summary judgment shall be filed on or before December 4, 2017; Plaintiffs' appendix of excerpts of the administrative record shall be filed on or before December 7, 2017; and oral argument is scheduled for December 14, 2017, at 2:00 p.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 10/17/2017. (lcapm3) (Entered: 10/17/2017) |
| 10/23/2017 | 71 | NOTICE of Appearance by Stuart Justin Robinson on behalf of All Defendants (Robinson, Stuart) (Entered: 10/23/2017) |
| 10/24/2017 | 72 | Consent MOTION for Leave to File Excess Pages by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Robinson, Stuart) (Entered: 10/24/2017) |
| 10/24/2017 | 73 | NOTICE *OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Robinson, Stuart) (Entered: 10/24/2017) |
| 10/24/2017 | 74 | MOTION for Partial Summary Judgment *AND MEMORANDUM IN SUPPORT* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Robinson, Stuart) (Entered: 10/24/2017) |
| 10/24/2017 | 75 | Memorandum in opposition to re 61 MOTION for Preliminary Injunction , 62 MOTION for Partial Summary Judgment filed by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION.(See Docket Entry 74 to view document). (znmw) (Entered: 10/25/2017) |
| 10/25/2017 | | MINUTE ORDER granting Defendants' 72 Consent Motion for Leave to File Excess Pages. Defendants may file a 55–page memorandum in opposition to Plaintiffs' motions for a preliminary injunction and partial summary judgment and in support of their cross–motion for partial summary judgment. Signed by Judge Amit P. Mehta on 10/25/2017. (lcapm3) (Entered: 10/25/2017) |
| 10/31/2017 | 76 | AMICUS BRIEF by CAMPAIGN FOR TOBACCO–FREE KIDS. (Attachments: # 1 Appendix A)(zrdj) (Entered: 11/01/2017) |
| 11/14/2017 | 77 | REPLY to opposition to motion re 61 MOTION for Preliminary Injunction , 62 MOTION for Partial Summary Judgment filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Declaration of R. Brady, # 2 Exhibit A to Brady Decl., # 3 Declaration of N. Trowbridge, # 4 Exhibit A to Trowbridge Decl., # 5 Exhibit B to Trowbridge Decl., # 6 Declaration of C. Mew, # 7 Exhibit A to Mew Decl., # 8 Declaration of C. Reynolds)(Edney, Michael) (Entered: 11/14/2017) |
| 11/14/2017 | 78 | Memorandum in opposition to re 74 MOTION for Partial Summary Judgment *AND MEMORANDUM IN SUPPORT* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND |

| | | |
|---|---|---|
| | | PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Declaration of R. Brady, # 2 Exhibit A to Brady Decl., # 3 Declaration of N. Trowbridge, # 4 Exhibit A to Trowbridge Decl., # 5 Exhibit B to Trowbridge Decl., # 6 Declaration of C. Mew, # 7 Exhibit A to Mew Decl., # 8 Declaration of C. Reynolds, # 9 Text of Proposed Order)(Edney, Michael) (Entered: 11/14/2017) |
| 11/14/2017 | 79 | NOTICE of Filing by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION re 77 Reply to opposition to Motion,, 78 Memorandum in Opposition,, (Edney, Michael) (Entered: 11/14/2017) |
| 12/04/2017 | 80 | REPLY to opposition to motion re 74 MOTION for Partial Summary Judgment AND MEMORANDUM IN SUPPORT filed by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Page & Evans (2003))(Beckenhauer, Eric) (Entered: 12/04/2017) |
| 12/07/2017 | 81 | JOINT APPENDIX by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Appendix Volume II, # 2 Appendix Volume III)(Edney, Michael) (Entered: 12/07/2017) |
| 12/12/2017 | | MINUTE ORDER. The hearing on the parties' cross–motions for summary judgment scheduled for December 14, 2017, shall proceed in two parts. The first part will address the FDA's health warning requirements for cigar packaging and advertisements. The second part will address the remaining three issues. For each part, each side shall be afforded 20 minutes for its argument and 5 minutes for rebuttal. The court will take a short break between parts. Signed by Judge Amit P. Mehta on 12/12/2017. (lcapm3) (Entered: 12/12/2017) |
| 12/13/2017 | 82 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ryan E. Meltzer, :Firm– Norton Rose Fulbright US LLP, :Address– 98 San Jacinto Boulevard, Suite 1100 Austin, TX 78701. Phone No. – 512–536–5234. Fax No. – 512–536–4598 Filing fee $ 100, receipt number 0090–5247206. Fee Status: Fee Paid. by CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Declaration of Ryan E. Meltzer, # 2 Text of Proposed Order)(Mew, Caroline) (Entered: 12/13/2017) |
| 12/13/2017 | | MINUTE ORDER granting 82 Motion for Leave to Appear Pro Hac Vice. Attorney Ryan E. Meltzer is hereby admitted pro hac vice to appear in this matter. Signed by Judge Amit P. Mehta on 12/13/2017. (lcapm3) (Entered: 12/13/2017) |
| 12/14/2017 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Motion Hearing held on 12/14/2017 re 62 , 74 pending Motions for Summary Judgment. Motions heard and taken under advisement. (Court Reporter: William Zaremba) (zcdw) (Entered: 12/19/2017) |
| 12/15/2017 | 83 | NOTICE of Appearance by Andrew Kim on behalf of CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Kim, Andrew) (Entered: 12/15/2017) |
| 12/20/2017 | 84 | NOTICE of Appearance by Ryan E. Meltzer on behalf of CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS |

| | | |
|---|---|---|
| | | ASSOCIATION (Meltzer, Ryan) (Entered: 12/20/2017) |
| 01/24/2018 | 85 | TRANSCRIPT OF ORAL ARGUMENT HEARING PROCEEDINGS before Judge Amit P. Mehta held on December 14, 2017; Page Numbers: 1–119. Date of Issuance: January 24, 2018. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/14/2018. Redacted Transcript Deadline set for 2/24/2018. Release of Transcript Restriction set for 4/24/2018.(wz) (Entered: 01/24/2018) |
| 01/30/2018 | 86 | ENTERED IN ERROR.....NOTICE *of Regulatory Developments* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Edney, Michael) Modified on 1/31/2018 (znmw). (Entered: 01/30/2018) |
| 01/31/2018 | | NOTICE OF ERROR re 86 Notice (Other); emailed to michael.edney@nortonrosefulbright.com, cc'd 32 associated attorneys –– The PDF file you docketed contained errors: 1. Please refile document, 2. ENTERED IN ERROR: Incorrect format (letter); Refile in proper brief/pleading format in accordance with Local Rules. (znmw, ) (Entered: 01/31/2018) |
| 01/31/2018 | 87 | NOTICE OF SUPPLEMENTAL AUTHORITY by CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Exhibit A)(Edney, Michael) (Entered: 01/31/2018) |
| 01/31/2018 | 88 | NOTICE OF SUPPLEMENTAL AUTHORITY by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Beckenhauer, Eric) (Entered: 01/31/2018) |
| 03/14/2018 | 89 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. Attorney Caroline M. Mew terminated. (Mew, Caroline) (Entered: 03/14/2018) |
| 03/20/2018 | 90 | NOTICE *of Related Case and of Motion to Transfer to This Court* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 En Fuego – Complaint, # 2 En Fuego – |

| | | |
|---|---|---|
| | | Defendants' Motion to Transfer)(Beckenhauer, Eric) (Entered: 03/20/2018) |
| 03/23/2018 | 91 | NOTICE *of Publication of Advance Notice of Proposed Rulemaking* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 ANPRM)(Beckenhauer, Eric) (Entered: 03/23/2018) |
| 03/27/2018 | 92 | RESPONSE re 91 NOTICE by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Edney, Michael) Modified event title on 3/28/2018 (znmw). (Entered: 03/27/2018) |
| 04/10/2018 | 93 | RESPONSE re 92 *Plaintiffs' Response to NOTICE of Publication of Advance Notice of Proposed Rulemaking* filed by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) Modified to add link on 4/12/2018 (znmw). (Entered: 04/10/2018) |
| 05/15/2018 | 94 | MEMORANDUM OPINION AND ORDER granting in part and denying in part Plaintiffs' 62 Motion for Partial Summary Judgment, denying Plaintiffs' 61 Motion for Preliminary Injunction as moot, and granting in part and denying in part Defendants' 74 Cross–Motion for Partial Summary Judgment. No later than June 11, 2018, the parties shall submit a Joint Status Report recommending how to proceed with the remaining, unresolved claims. See the attached Memorandum Opinion and Order for details. Signed by Judge Amit P. Mehta on 05/15/2018. (lcapm3) (Entered: 05/15/2018) |
| 05/15/2018 | | Set/Reset Deadlines: Joint Status Report due by 6/11/2018. (zjd) (Entered: 05/16/2018) |
| 06/08/2018 | 95 | MOTION to Stay *or MOTION for Injunction Pending Appeal or, in the Alternative, Pending Resolution of Count V of Plaintiffs' Complaint* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Edney, Michael). Added MOTION on 6/11/2018 (zjf). (Entered: 06/08/2018) |
| 06/08/2018 | 96 | MOTION for Briefing Schedule *(Expedited) on Plaintiffs' Motion for a Stay or Injunction Pending Appeal or, in the Alternative, Pending Resolution of Count V of Plaintiffs' Complaint* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 06/08/2018) |
| 06/11/2018 | 97 | Joint STATUS REPORT by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 06/11/2018) |
| 06/12/2018 | | MINUTE ORDER. Defendants shall file a response to Plaintiffs' 96 Motion for Briefing Schedule by no later than June 14. Signed by Judge Amit P. Mehta on 06/12/2018. (lcapm3) (Entered: 06/12/2018) |

| 06/12/2018 | | Set/Reset Deadlines: Responses due by 6/14/2018. (zjd) (Entered: 06/13/2018) |
|---|---|---|
| 06/14/2018 | 98 | Memorandum in opposition to re 96 MOTION for Briefing Schedule *(Expedited) on Plaintiffs' Motion for a Stay or Injunction Pending Appeal or, in the Alternative, Pending Resolution of Count V of Plaintiffs' Complaint* filed by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 06/14/2018) |
| 06/18/2018 | | MINUTE ORDER denying Plaintiffs' 96 Motion for Expedited Briefing Schedule. Pursuant to the telephonic conference held on this date, Defendants shall respond to Plaintiffs' 95 Motion for Stay on or before June 22, 2018. Signed by Judge Amit P. Mehta on 06/18/2018. (lcapm3) (Entered: 06/18/2018) |
| 06/18/2018 | | Set/Reset Deadlines: Defendant's Response due by 6/22/2018. (zjd) (Entered: 06/18/2018) |
| 06/22/2018 | 99 | Memorandum in opposition to re 95 MOTION to Stay *or for Injunction Pending Appeal or, in the Alternative, Pending Resolution of Count V of Plaintiffs' Complaint* filed by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 06/22/2018) |
| 06/26/2018 | 100 | Unopposed MOTION for Entry of Final Judgment *on Counts VI and VII of Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 54(b)* by CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 06/26/2018) |
| 06/27/2018 | 101 | ORDER granting Plaintiffs' 100 Unopposed Motion for Entry of Final Judgment. Final judgment is entered in favor of Defendants on Counts VI and VII of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 54(b). That judgment is ripe for appeal under 28 U.S.C. 1291 and 1292. See attached Order for details. Signed by Judge Amit P. Mehta on 06/27/2018. (lcapm3) (Entered: 06/27/2018) |
| 06/27/2018 | 102 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 101 Order on Motion for Entry of Final Judgment, 94 Memorandum & Opinion,, by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. Filing fee $ 505, receipt number 0090−5557925. Fee Status: Fee Paid. Parties have been notified. (Edney, Michael) (Entered: 06/27/2018) |
| 06/27/2018 | 103 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 102 Notice of Appeal to DC Circuit Court,. (jf) (Entered: 06/27/2018) |
| 06/28/2018 | | USCA Case Number 18−5195 for 102 Notice of Appeal to DC Circuit Court, filed by INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, CIGAR RIGHTS OF AMERICA, CIGAR ASSOCIATION OF AMERICA. (ztd) (Entered: 07/02/2018) |
| 06/29/2018 | 104 | REPLY to opposition to motion re 95 MOTION to Stay *or for Injunction Pending Appeal or, in the Alternative, Pending Resolution of Count V of Plaintiffs' Complaint* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, |

| | | INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Exhibit A)(Edney, Michael) (Entered: 06/29/2018) |
|---|---|---|
| 07/03/2018 | 105 | NOTICE OF SUPPLEMENTAL AUTHORITY by CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Edney, Michael) (Entered: 07/03/2018) |
| 07/05/2018 | 106 | MEMORANDUM OPINION re: Plaintiffs' 95 Motion for Injunction Pending Appeal. See the attached Memorandum Opinion for details. Signed by Judge Amit P. Mehta on 07/05/2018. (lcapm3) (Entered: 07/05/2018) |
| 07/05/2018 | 107 | ORDER granting Plaintiffs' 95 Motion for Injunction Pending Appeal. For the reasons set forth in the 106 Memorandum Opinion, Defendants are hereby enjoined from enforcing the FDA's cigar and pipe tobacco warnings requirements set forth at 21 C.F.R. §§ 1143.3 and 1143.5 until 60 days after the final disposition of Plaintiffs' appeal. See the attached Order for details. Signed by Judge Amit P. Mehta on 07/05/2018. (lcapm3) (Entered: 07/05/2018) |
| 08/02/2018 | 108 | NOTICE *of Transfer of Related Case* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Beckenhauer, Eric) (Entered: 08/02/2018) |
| 08/07/2018 | | MINUTE ORDER setting Status Conference for Monday, August 13, 2018, at 2:00 p.m. in Courtroom 10. In advance of the Status Conference, the parties shall meet and confer to discuss how they wish to proceed in this matter, as well as in En Fuego Tobacco Shop LLC v. FDA, 1:18–cv–01797–APM. The parties should be prepared at the status conference to address their respective positions. Signed by Judge Amit P. Mehta on 08/07/2018. (lcapm3) (Entered: 08/07/2018) |
| 08/07/2018 | | Set/Reset Hearings: Status Conference set for 8/13/2018 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 08/07/2018) |
| 08/11/2018 | | MINUTE ORDER rescheduling Status Conference previously set for August 13, 2018, to August 16, 2018, at 10:00 a.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 08/11/2018. (lcapm3) (Entered: 08/11/2018) |
| 08/11/2018 | | Set/Reset Hearings: Status Conference rescheduled to 8/16/2018 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 08/13/2018) |
| 08/16/2018 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 8/16/2018. Joint Status Report due by 11/1/2018. (Court Reporter: William Zaremba) (zjd) (Entered: 08/16/2018) |
| 08/23/2018 | 109 | TRANSCRIPT OF JOINT STATUS CONFERENCE HEARING PROCEEDINGS before Judge Amit P. Mehta held on August 16, 2018; Page Numbers: 1–49. Date of Issuance: August 23, 2018. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form  <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or pur chased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court |

| | | |
|---|---|---|
| | | reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/13/2018. Redacted Transcript Deadline set for 9/23/2018. Release of Transcript Restriction set for 11/21/2018.(wz) (Entered: 08/23/2018) |
| 11/01/2018 | 110 | Joint STATUS REPORT by CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Edney, Michael) (Entered: 11/01/2018) |
| 11/08/2018 | | MINUTE ORDER. The parties shall submit an additional Joint Status Report no later than December 3, 2018, which sets forth the parties' respective proposals for further proceedings in this matter. Signed by Judge Amit P. Mehta on 11/08/18. (lcapm3). (Entered: 11/08/2018) |
| 11/08/2018 | | Set/Reset Deadlines: Joint Status Report due by 12/3/2018. (zjd) (Entered: 11/09/2018) |
| 12/03/2018 | 111 | Joint MOTION for Extension of Time to File *Joint Status Report* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 12/03/2018) |
| 12/04/2018 | | MINUTE ORDER granting 111 Joint Motion for Extension of Time to File Joint Status Report. The parties shall file their Report on or before December 13, 2018. Signed by Judge Amit P. Mehta on 12/04/2018. (lcapm3) (Entered: 12/04/2018) |
| 12/04/2018 | | Set/Reset Deadlines: Joint Status Report due by 12/13/2018. (zjd) (Entered: 12/06/2018) |
| 12/13/2018 | 112 | Joint STATUS REPORT by CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Edney, Michael) (Entered: 12/13/2018) |
| 12/14/2018 | | MINUTE ORDER. Briefing on the unresolved counts in this matter is deferred until at least January 14, 2019, on which date the parties shall file an additional Joint Status Report that proposes a schedule for further proceedings, if appropriate. Signed by Judge Amit P. Mehta on 12/14/2018. (lcapm3) (Entered: 12/14/2018) |
| 12/14/2018 | | Set/Reset Deadlines: Joint Status Report due by 1/14/2019. (zjd) (Entered: 12/17/2018) |
| 01/11/2019 | | Cases consolidated with 18cv1797 per 7 Memo and Order. The En Fuego parties shall make all future filings in the above case. (jf) (Entered: 01/22/2019) |
| 01/14/2019 | 113 | Consent MOTION to Stay *Pending Deadlines in Light of Lapse in Appropriations* by SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES |

| | | |
|---|---|---|
| | | FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 01/14/2019) |
| 01/15/2019 | | Minute Order granting Defendants' 113 Consent Motion for a Stay of Pending Deadlines. This matter is hereby stayed. Within three business days of Department of Justice operations resuming, Defendants shall notify the court by when the parties will file their Joint Status Report. Signed by Judge Amit P. Mehta on 01/15/2019. (lcapm3) (Entered: 01/15/2019) |
| 01/31/2019 | 114 | NOTICE *to Court of Restoration of Appropriations* by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Beckenhauer, Eric) (Entered: 01/31/2019) |
| 02/01/2019 | | MINUTE ORDER. The parties shall file their next Joint Status Report recommending a course for further proceedings in this matter by February 8, 2019. Signed by Judge Amit P. Mehta on 02/01/2019. (lcapm3) (Entered: 02/01/2019) |
| 02/01/2019 | | Set/Reset Deadlines: Joint Status Report due by 2/8/2019. (zjd) (Entered: 02/06/2019) |
| 02/08/2019 | 115 | Joint STATUS REPORT by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 02/08/2019) |
| 02/11/2019 | 116 | ORDER setting the following schedule for further proceedings in this matter. In Cigar Association, briefing as to Counts I, IV, and V shall remain stayed and the parties shall file a Joint Status Report on or before May 10, 2019. In En Fuego, Plaintiffs' Motion for Summary Judgment shall be filed on or before March 15, 2019; Defendants' combined Opposition/Cross–Motion shall be filed on or before April 15, 2019; Plaintiffs' combined Reply/Opposition shall be filed on or before May 15, 2019; Defendants' Reply shall be filed on or before June 13, 2019; The Joint Appendix shall be filed on or before June 27, 2019; and Oral Argument is scheduled for July 11, 2019, at 2:00 p.m., in Courtroom 10. The En Fuego Plaintiffs' Motion for Summary Judgment in 18–cv–1797 is denied as moot. See attached Order for additional details. Signed by Judge Amit P. Mehta on 02/11/2019. (lcapm3) (Entered: 02/11/2019) |
| 02/11/2019 | | Set/Reset Deadlines/Hearings: Joint Appendix due by 6/27/2019. Cross Motions due by 4/15/2019. Response to Cross Motions due by 5/15/2019. Reply to Cross Motions due by 6/13/2019. Joint Status Report due by 5/10/2019 Summary Judgment motions due by 3/15/2019. Response to Motion for Summary Judgment due by 4/15/2019. Reply to Motion for Summary Judgment due by 5/15/2019. Motion Hearing set for 7/11/2019 at 02:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zgdf) (Entered: 02/11/2019) |
| 02/22/2019 | 117 | NOTICE *(Joint)* by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Beckenhauer, Eric) (Entered: 02/22/2019) |
| 02/25/2019 | | MINUTE ORDER. The Cigar Association parties shall file an additional Joint Status Report by March 4, 2019, recommending a further course of proceedings in this matter. Signed by Judge Amit P. Mehta on 02/25/2019. (lcapm3) (Entered: |

| | | |
|---|---|---|
| | | 02/25/2019) |
| 03/04/2019 | 118 | Joint STATUS REPORT by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 03/04/2019) |
| 03/12/2019 | 119 | NOTICE *(Joint)* by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Beckenhauer, Eric) (Entered: 03/12/2019) |
| 03/15/2019 | 120 | MOTION for Summary Judgment *and a Permanent Injunction* by CUBA LIBRE ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, TEXAS CIGAR MERCHANTS ASSOCIATION (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Declaration, # 14 Exhibit, # 15 Declaration, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Declaration, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Declaration, # 32 Exhibit, # 33 Exhibit)(Edney, Michael). Added MOTION for Permanent Injunction on 3/18/2019 (znmw). (Entered: 03/15/2019) |
| 03/18/2019 | | NOTICE OF ERROR re 120 Motion for Summary Judgment; emailed to michael.edney@nortonrosefulbright.com, cc'd 36 associated attorneys –– The PDF file you docketed contained errors: 1. Incorrect header/caption/case number, 2. In future, all documents must include the lead case number; DO NOT REFILE. (znmw, ) (Entered: 03/18/2019) |
| 04/11/2019 | 121 | Consent MOTION for Extension of Time to File Response/Reply by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 04/11/2019) |
| 04/12/2019 | | MINUTE ORDER granting 121 Consent Motion for Extension of Time. The court sets the following schedule for further proceedings in this matter: Defendants' Opposition and Cross–Motion shall be filed on or before April 26, 2019; Plaintiffs' Opposition and Reply shall be filed on or before June 3, 2019; Defendants' Reply shall be filed on or before June 26, 2019; and the Joint Appendix shall be filed on or before July 3, 2019. Signed by Judge Amit P. Mehta on 04/12/2019. (lcapm3) (Entered: 04/12/2019) |
| 04/12/2019 | | Set/Reset Deadlines: Defendants' Opposition and Cross–Motion due by 4/26/2019. Plaintiff's Reply and Opposition due by 6/3/2019. Defendants' Reply due by 6/26/2019. (zjd) (Entered: 04/12/2019) |
| 04/26/2019 | 122 | NOTICE *of Filing of Supplement to 16 73 Certified Index to Administrative Record* by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Supplement to Certified Index to Administrative Record – Appointments Clause, # 2 Supplement to Certified Index to Administrative Record – Ratification)(Beckenhauer, Eric) (Entered: 04/26/2019) |
| 04/26/2019 | 123 | |

| | | |
|---|---|---|
| | | MOTION for Leave to File Excess Pages *Overlength Brief* by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 04/26/2019) |
| 04/26/2019 | 124 | Cross MOTION for Summary Judgment by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Exhibit Index, # 2 Ex. A, # 3 Ex. B, # 4 Ex. C, # 5 Ex. D, # 6 Ex. F, # 7 Ex. G, # 8 Ex. H, # 9 Ex. I, # 10 Ex. J, # 11 Ex. K, # 12 Ex. L, # 13 Text of Proposed Order)(Beckenhauer, Eric) Modified on 4/30/2019 to correct docket text (jf). (Entered: 04/26/2019) |
| 04/26/2019 | 125 | Memorandum in opposition re 120 MOTION for Summary Judgment *and a Permanent Injunction* MOTION for Permanent Injunction filed by ALEX M. AZAR, SYLVIA MATHEWS BURWELL, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (See Docket Entry 124 to view document) (jf) (Entered: 04/30/2019) |
| 04/29/2019 | | MINUTE ORDER granting 123 Defendants' Motion for Leave to Exceed Page Limits. Defendants may file a 56–page combined memorandum. Signed by Judge Amit P. Mehta on 04/29/2019. (lcapm3) (Entered: 04/29/2019) |
| 05/08/2019 | 126 | ERRATA *re 124 Defendants' Cross–Motion for Summary Judgment* by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Ex. E)(Beckenhauer, Eric) (Entered: 05/08/2019) |
| 05/10/2019 | 127 | Joint STATUS REPORT by CIGAR RIGHTS OF AMERICA, EN FUEGO TOBACCO SHOP LLC, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) (Entered: 05/10/2019) |
| 05/14/2019 | | MINUTE ORDER. The parties in Cigar Association shall submit an additional Joint Status Report by June 27, 2019, which proposes a course of further proceedings with respect to Counts I, IV, and V of the Complaint. Signed by Judge Amit P. Mehta on 05/14/2019. (lcapm3) (Entered: 05/14/2019) |
| 05/17/2019 | | Set/Reset Deadlines: Joint Status Report due by 6/17/2019 (hs) (Entered: 05/17/2019) |
| 06/03/2019 | 128 | REPLY to opposition re 120 MOTION for Summary Judgment and a Permanent Injunction *filed by CUBA LIBRE ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) Modified on 6/4/2019 to correct docket link (jf). (Entered: 06/03/2019)* |
| 06/04/2019 | | NOTICE OF ERROR re 128 Reply to opposition to Motion; emailed to michael.edney@nortonrosefulbright.com, cc'd 38 associated attorneys –– The PDF file you docketed contained errors: 1. Two–part docket entry, 2. Please refile document, 3. Same Pleading using the "OPPOSITION"event (jf). (Entered: 06/04/2019) |
| 06/04/2019 | 129 | Memorandum in opposition re 124 Cross MOTION for Summary Judgment *and Opposition to 120 Plaintiffs' Motion for Summary Judgment* filed by CUBA LIBRE |

| | | |
|---|---|---|
| | | ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) (Entered: 06/04/2019) |
| 06/18/2019 | | MINUTE ORDER vacating Oral Argument scheduled for July 11, 2019. The parties shall meet and confer and provide the court with a proposed new date for Oral Argument on or before June 21, 2019. The proposed date shall be the week of July 29, 2019 or August 5, 2019. Signed by Judge Amit P. Mehta on 06/18/2019. (lcapm3) (Entered: 06/18/2019) |
| 06/18/2019 | | Set/Reset Deadlines: Proposed Hearing Date due by 6/21/2019. (zjd) (Entered: 06/19/2019) |
| 06/21/2019 | 130 | Joint STATUS REPORT *re Proposed Hearing Date* by CIGAR RIGHTS OF AMERICA, EN FUEGO TOBACCO SHOP LLC, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) (Entered: 06/21/2019) |
| 06/24/2019 | | MINUTE ORDER. Oral argument is scheduled for July 31, 2019 at 2:00 p.m. in Courtroom 10 before Judge Mehta. Signed by Judge Amit P. Mehta on 06/24/2019. (lcapm3) (Entered: 06/24/2019) |
| 06/24/2019 | | Set/Reset Hearings: Oral Argument set for 7/31/2019 at 2:00 PM in Courtroom 10 before Judge Mehta. (zjd) (Entered: 06/25/2019) |
| 06/26/2019 | 131 | NOTICE OF SUBSTITUTION OF COUNSEL by Garrett Joseph Coyle on behalf of All Defendants Substituting for attorney Stuart J. Robinson (Coyle, Garrett) (Entered: 06/26/2019) |
| 06/26/2019 | 132 | REPLY to opposition to motion re 124 Cross MOTION for Summary Judgment *and Opposition to 120 Plaintiffs' Motion for Summary Judgment* filed by ALEX M. AZAR, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 06/26/2019) |
| 06/27/2019 | 133 | Joint STATUS REPORT by CIGAR ASSOCIATION OF AMERICA, CUBA LIBRE ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) (Entered: 06/27/2019) |
| 07/01/2019 | 134 | Amended STATUS REPORT by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, CUBA LIBRE ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) (Entered: 07/01/2019) |
| 07/02/2019 | 135 | MOTION for Leave to File *Amended Complaint* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Edney, Michael) (Entered: 07/02/2019) |
| 07/02/2019 | 136 | MOTION for Partial Summary Judgment *On Count X of the Amended Complaint and for a Declaration* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Text of Proposed Order)(Edney, Michael) (Entered: 07/02/2019) |

| 07/03/2019 | 137 | JOINT APPENDIX – *Volume 1* by CUBA LIBRE ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, TEXAS CIGAR MERCHANTS ASSOCIATION. (Attachments: # 1 Joint Appendix – Volume 2, # 2 Joint Appendix – Volume 3, # 3 Joint Appendix – Volume 4)(Edney, Michael) (Entered: 07/03/2019) |
|---|---|---|
| 07/16/2019 | 138 | NOTICE OF SUPPLEMENTAL AUTHORITY by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION (Attachments: # 1 AAP Remedial Order)(Raffman, Mark) (Entered: 07/16/2019) |
| 07/16/2019 | 139 | Consent MOTION for Extension of Time to File Response/Reply as to 135 MOTION for Leave to File *Amended Complaint* by ALEX M. AZAR, II, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Beckenhauer, Eric) (Entered: 07/16/2019) |
| 07/17/2019 | | MINUTE ORDER granting 139 Consent Motion for Extension of Time. Defendants' Response to Plaintiffs' Motion for Leave to Amend the Complaint shall be filed on or before July 19, 2019. Signed by Judge Amit P. Mehta on 07/17/2019. (lcapm3) (Entered: 07/17/2019) |
| 07/17/2019 | | Set/Reset Deadlines: Defendants' Response due by 7/19/2019. (zjd) (Entered: 07/18/2019) |
| 07/19/2019 | 140 | RESPONSE re 135 MOTION for Leave to File *Amended Complaint* filed by ALEX M. AZAR, II, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 07/19/2019) |
| 07/26/2019 | 141 | MOTION for Leave to File *Amicus Curiae Brief Regarding Plaintiffs' Motions for Leave to Amend and for Summary Judgment* by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE, Maryland Chapter–American Academy of Pediatrics, LEAH BRASCH, CYNTHIA FISHMAN, LINDA GOLDSTEIN, STEVEN HIRSCH, DAVID MYLES (Attachments: # 1 Memorandum in Support Proposed Amicus Curiae Brief)(Dubner, Jeffrey) (Entered: 07/26/2019) |
| 07/26/2019 | 142 | REPLY to opposition to motion re 135 MOTION for Leave to File *Amended Complaint* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Edney, Michael) (Entered: 07/26/2019) |
| 07/28/2019 | 143 | NOTICE OF SUPPLEMENTAL AUTHORITY by ALEX M. AZAR, II, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Amended Opinion in CTIA v. City of Berkeley (9th Cir. July 2, 2019))(Coyle, Garrett) (Entered: 07/28/2019) |
| 07/29/2019 | | MINUTE ORDER rescheduling Oral Argument. The Oral Argument currently scheduled for July 31, 2019, shall instead be held on September 6, 2019, at 10 a.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 7/29/2019. (lcapm2) (Entered: 07/29/2019) |

| 07/29/2019 | | Set/Reset Hearings: Oral Argument reset to 9/6/2019 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 07/30/2019) |
|---|---|---|
| 08/08/2019 | | MINUTE ORDER granting 141 Motion for Leave to File Amicus Curaie Brief. Signed by Judge Amit P. Mehta on 8/8/2019. (lcapm2) (Entered: 08/08/2019) |
| 08/08/2019 | | MINUTE ORDER granting 135 Motion for Leave to File Amended Complaint. Plaintiff Cigar Association's Amended Complaint for Declarative and Injunctive relief, ECF No. 135–1, is now the operative complaint in this matter. Further, counsel for Cigar Association, Defendants, and Amici shall appear for a status conference at 10:30 a.m. on August 12, 2019 in Courtroom 10. Signed by Judge Amit P. Mehta on 8/8/2019. (lcapm2) (Entered: 08/08/2019) |
| 08/08/2019 | 144 | AMICUS BRIEF by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, LEAH BRASCH, CAMPAIGN FOR TOBACCO–FREE KIDS, CYNTHIA FISHMAN, LINDA GOLDSTEIN, STEVEN HIRSCH, MARYLAND CHAPTER–AMERICAN ACADEMY OF PEDIATRICS, DAVID MYLES. (zjf) (Entered: 08/12/2019) |
| 08/08/2019 | 145 | AMENDED COMPLAINT against ALEX M. AZAR, II, SYLVIA MATHEWS BURWELL, ROBERT CALIFF, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION filed by INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA.(jf) (Entered: 08/12/2019) |
| 08/09/2019 | | Set/Reset Hearings: Status Conference set for 8/12/2019 at 10:30 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 08/09/2019) |
| 08/09/2019 | | MINUTE ORDER. The court previously scheduled a Status Conference in this case for August 12, 2019. See Minute Order of 8/8/2019. This was in error. A Status Conference in this case is set for August 13, 2019 at 10:30 a.m. Signed by Judge Amit P. Mehta on 8/9/2019. (lcapm2) (Entered: 08/09/2019) |
| 08/09/2019 | | Set/Reset Hearings: Status Conference reset to 8/13/2019 at 10:30 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 08/09/2019) |
| 08/13/2019 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 8/13/2019. Government's Opposition to Plaintiffs' Motion for Summary Judgment due by 9/18/2019. Plaintiffs' Reply due by 9/25/2019. Oral Argument set for 10/1/2019 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (Court Reporter: William Zaremba) (zjd) (Entered: 08/13/2019) |
| 08/22/2019 | 146 | ANSWER to 145 Amended Complaint, by ALEX M. AZAR, II, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION.(Beckenhauer, Eric) (Entered: 08/22/2019) |
| 08/27/2019 | 147 | NOTICE OF SUPPLEMENTAL AUTHORITY by ALEX M. AZAR, II, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Memorandum Opinion in Bellion Spirits, LLC v. United States, ––– F. Supp. 3d –––, No. 17–cv–2538, 2019 WL 3502029 (D.D.C. Aug. 1, 2019))(Coyle, Garrett) (Entered: 08/27/2019) |

| 09/03/2019 | 148 | TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on August 13, 2019; Page Numbers: 1–61. Date of Issuance: September 3, 2019. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from t he court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 9/24/2019. Redacted Transcript Deadline set for 10/4/2019. Release of Transcript Restriction set for 12/2/2019.(wz) (Entered: 09/03/2019) |
| 09/04/2019 | 149 | RESPONSE re 147 NOTICE OF SUPPLEMENTAL AUTHORITY, filed by CUBA LIBRE ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) (Entered: 09/04/2019) |
| 09/04/2019 | 150 | RESPONSE re 143 NOTICE OF SUPPLEMENTAL AUTHORITY, filed by CUBA LIBRE ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) (Entered: 09/04/2019) |
| 09/05/2019 | | MINUTE ORDER rescheduling Oral Argument. The Oral Argument currently scheduled for September 6, 2019, shall instead be held on September 10, 2019, at 1 p.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 09/05/2019. (lcapm2) (Entered: 09/05/2019) |
| 09/10/2019 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Oral Argument held on 9/10/2019. Arguments heard and taken under advisement. (Court Reporter: William Zaremba) (zjd) (Entered: 09/10/2019) |
| 09/13/2019 | 151 | TRANSCRIPT OF ORAL ARGUMENTS PROCEEDINGS before Judge Amit P. Mehta held on September 10, 2019; Page Numbers: 1–123. Date of Issuance: September 13, 2019. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form |
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be |

| | | |
|---|---|---|
| | | made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/4/2019. Redacted Transcript Deadline set for 10/14/2019. Release of Transcript Restriction set for 12/12/2019.(wz) (Entered: 09/13/2019) |
| 09/18/2019 | 152 | Memorandum in opposition to re 136 MOTION for Partial Summary Judgment *On Count X of the Amended Complaint and for a Declaration* filed by ALEX M. AZAR, II, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 09/18/2019) |
| 09/25/2019 | 153 | REPLY to opposition to motion re 136 MOTION for Partial Summary Judgment *On Count X of the Amended Complaint and for a Declaration* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION. (Attachments: # 1 Exhibit)(Edney, Michael) (Entered: 09/25/2019) |
| 09/26/2019 | 154 | MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, LEAH BRASCH, CYNTHIA FISHMAN, LINDA GOLDSTEIN, STEVEN HIRSCH, MARYLAND CHAPTER–AMERICAN ACADEMY OF PEDIATRICS, DAVID MYLES, TRUTH INITIATIVE (Dubner, Jeffrey) (Entered: 09/26/2019) |
| 09/30/2019 | | MINUTE ORDER granting 154 Motion for Leave to Participate in Oral Argument by Amici Curiae. Signed by Judge Amit P. Mehta on 09/30/2019. (lcapm2) (Entered: 09/30/2019) |
| 10/01/2019 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Oral Argument held on 10/1/2019 re 136 Motion for Partial Summary Judgment. Status Report due by 10/15/2019. (Court Reporter: William Zaremba) (zjd) (Entered: 10/02/2019) |
| 10/07/2019 | 155 | TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS before Judge Amit P. Mehta held on October 1, 2019; Page Numbers: 1–81. Date of Issuance: October 7, 2019. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the cour t reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 10/28/2019. Redacted Transcript Deadline set for 11/7/2019. Release of Transcript Restriction set for 1/5/2020.(wz) (Entered: 10/07/2019) |
| 10/15/2019 | 156 | Joint STATUS REPORT by ALEX M. AZAR, II, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 10/15/2019) |
| 10/15/2019 | 157 | NOTICE OF SUPPLEMENTAL AUTHORITY by ALEX M. AZAR, II, SCOTT GOTTLIEB, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Order in AAP v. FDA, No. 18–883 (D. Md. Oct. 2, 2019))(Beckenhauer, Eric) (Entered: 10/15/2019) |
| 10/16/2019 | | MINUTE ORDER. The parties shall submit a proposed schedule for further proceedings by October 23, 2019. Signed by Judge Amit P. Mehta on 10/16/2019. (lcapm2) (Entered: 10/16/2019) |
| 10/16/2019 | | Set/Reset Deadlines: Proposed Schedule due by 10/23/2019. (zjd) Modified deadline on 10/16/2019 (zjd). (Entered: 10/16/2019) |
| 10/18/2019 | 158 | ORDER denying 136 Plaintiffs' Motion for Partial Summary Judgment and for a Declaration. See attached Order for further details. Signed by Judge Amit P. Mehta on 10/18/2019. (lcapm2) (Entered: 10/18/2019) |
| 10/23/2019 | 159 | AMENDED COMPLAINT *For Declaratory And Injunctive Relief* against ALEX M. AZAR, II, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS filed by INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Edney, Michael) (Entered: 10/23/2019) |
| 10/23/2019 | 160 | Joint STATUS REPORT by ALEX M. AZAR, II, NORMAN E. SHARPLESS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 10/23/2019) |
| 10/24/2019 | | MINUTE ORDER. The parties shall file a Joint Status Report proposing a schedule for further proceedings on or before October 30, 2019. Signed by Judge Amit P. Mehta on 10/24/2019. (lcapm2) (Entered: 10/24/2019) |
| 10/24/2019 | | Set/Reset Deadlines: Joint Status Report due by 10/30/2019. (zjd) (Entered: 10/28/2019) |
| 10/30/2019 | 161 | Joint STATUS REPORT by ALEX M. AZAR, II, NORMAN E. SHARPLESS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Beckenhauer, Eric) (Entered: 10/30/2019) |
| 11/01/2019 | 162 | ORDER setting the following briefing schedule for Plaintiffs' deferred claims and newly added claims: (1) Plaintiffs shall file their motion for summary judgment on or before November 13, 2019; (2) Defendants shall file their combined opposition/cross–motion on or before December 13, 2019; (3) Plaintiffs shall file their combined reply/opposition on or before January 3, 2020; and Defendants shall file their reply on or before January 24, 2020. See attached Order for additional |

| | | |
|---|---|---|
| | | details. Signed by Judge Amit P. Mehta on 11/01/2019. (lcapm2) (Entered: 11/01/2019) |
| 11/01/2019 | | Set/Reset Deadlines: Plaintiffs' Motion for Summary Judgment due by 11/13/2019. Defendants' Opposition/Cross–Motion due by 12/13/2019. Plaintiffs' Reply/Opposition due by 1/3/2020. Defendants' Reply due by 1/24/2020. (zjd) (Entered: 11/05/2019) |
| 11/06/2019 | 163 | ANSWER to 159 Amended Complaint, by ALEX M. AZAR, II, NORMAN E. SHARPLESS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION.(Beckenhauer, Eric) (Entered: 11/06/2019) |
| 11/08/2019 | 164 | Consent MOTION to Modify *Schedule for Summary Judgment Briefing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Exhibit [Proposed] Order)(Edney, Michael) (Entered: 11/08/2019) |
| 11/08/2019 | 165 | ORDER granting 164 Motion to Modify Summary Judgment Briefing Schedule. Plaintiffs shall file their motion for summary judgment on or before December 6, 2019; Defendants shall file their combined opposition/cross motion on or before January 14, 2020; Plaintiffs shall file their combined reply/opposition on or before February 4, 2020; and Defendants shall file their reply on or before February 25, 2020. See attached Order for additional details. Signed by Judge Amit P. Mehta on 11/08/2019. (lcapm2) (Entered: 11/08/2019) |
| 11/08/2019 | | Set/Reset Deadlines: Summary Judgment Motion due by 12/6/2019. Opposition and Cross Motion due by 1/14/2020. Reply and Opposition due by 2/4/2020. Reply due by 2/25/2020. (zjd) (Entered: 11/14/2019) |
| 11/20/2019 | 166 | NOTICE of Change of Address by Michael James Edney (Edney, Michael) (Entered: 11/20/2019) |
| 11/20/2019 | 167 | MOTION to Amend Order Setting Matters for Summary Judgment and to Defer Consideration of Counts IV and V Pending Agency Action by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Edney, Michael) Modified event on 11/21/2019 (znmw). (Entered: 11/20/2019) |
| 11/21/2019 | | MINUTE ORDER. Defendants shall respond to Plaintiffs' Motion to Amend, ECF No. 167 , by November 27, 2019. Plaintiffs' Reply, if any, shall be due by November 29, 2019. Signed by Judge Amit P. Mehta on 11/21/2019. (lcapm2) (Entered: 11/21/2019) |
| 11/21/2019 | | Set/Reset Deadlines: Responses due by 11/27/2019. Reply due by 11/29/2019. (zjd) (Entered: 11/22/2019) |
| 11/27/2019 | 168 | Unopposed MOTION to Modify *Schedule for Summary Judgment Briefing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 11/27/2019) |
| 11/27/2019 | 169 | ORDER granting 168 Motion to Modify Briefing Schedule. Plaintiffs' Motion for Summary Judgment shall be filed on or before December 13, 2019; and Defendants' Combined Opposition and Cross–Motion for Summary Judgment shall be filed on or |

| | | |
|---|---|---|
| | | before January 21, 2020. See attached Order for additional details. Signed by Judge Amit P. Mehta on 11/27/2019. (lcapm2) (Entered: 11/27/2019) |
| 11/27/2019 | | Set/Reset Deadlines: Defendants' Cross Motion due by 1/21/2020. Plaintiffs' Summary Judgment Motion due by 12/13/2019. Response to Motion for Summary Judgment due by 1/21/2020. (dot) (Entered: 11/27/2019) |
| 11/27/2019 | 170 | Memorandum in opposition to re 167 MOTION to Amend/Correct filed by ALEX M. AZAR, II, NORMAN E. SHARPLESS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Ex. A)(Beckenhauer, Eric) (Entered: 11/27/2019) |
| 11/29/2019 | 171 | REPLY to opposition to motion re 167 MOTION to Amend/Correct *Order Setting Matters for Summary Judgment and to Defer Consideration of Counts IV and V Pending Agency Action* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, CUBA LIBRE ENTERPRISES LLC, EN FUEGO TOBACCO SHOP LLC, INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, DAVID MYLES, PREMIUM CIGAR ASSOCIATION, TEXAS CIGAR MERCHANTS ASSOCIATION. (Edney, Michael) (Entered: 11/29/2019) |
| 12/06/2019 | 172 | ORDER denying 167 Motion to Amend the Order Setting Matters for Summary Judgment. Plaintiffs' Motion for Summary Judgment on all counts shall be filed on or before December 13, 2019; Defendants' Combined Opposition and Cross–Motion for Summary Judgment shall be filed on or before January 21, 2020; Plaintiffs Combined Reply and Opposition shall be filed on or before February 11, 2020; Defendants Reply shall be filed on or before March 3, 2020. See attached Order for additional details. Signed by Judge Amit P. Mehta on 12/06/2019. (lcapm2) (Entered: 12/06/2019) |
| 12/06/2019 | | Set/Reset Deadlines: Motion for Summary Judgment due by 12/13/2019. Combined Opposition/Cross–Motion due by 1/21/2020. Combined Reply/Opposition due by 2/11/2020. Reply due by 3/3/2020. (zjd) (Entered: 12/09/2019) |
| 12/11/2019 | 173 | Unopposed MOTION to Modify *Schedule for and to Enlarge the Page Limits Applicable to Briefing on Cross–Motions for Summary Judgment* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael). Added MOTION for Leave to File Excess Pages on 12/16/2019 (znmw). (Entered: 12/11/2019) |
| 12/12/2019 | 174 | ORDER granting 173 Motion to Modify. Plaintiffs shall file their motion for summary judgment on or before December 20, 2019; Defendants shall file their combined opposition and cross–motion for summary judgment on or before January 28, 2020; Plaintiffs shall file their combined reply and opposition on or before February 18, 2020; and Defendants shall file their reply on or before March 10, 2020. Signed by Judge Amit P. Mehta on 12/12/2019. (lcapm2) (Entered: 12/12/2019) |
| 12/12/2019 | | Set/Reset Deadlines: Plaintiffs' Motion for Summary Judgment due by 12/20/2019. Defendants' Opposition and Cross–Motion due by 1/28/2020. Plaintiffs' Reply and Opposition due by 2/18/2020. Defendants' Reply due by 3/10/2020. (zjd) (Entered: 12/12/2019) |
| 12/20/2019 | 175 | |

| | | Unopposed MOTION to Modify *Schedule for Summary Judgment Briefing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 12/20/2019) |
|---|---|---|
| 12/20/2019 | 176 | ORDER granting 175 Motion to Modify Schedule for Summary Judgment Briefing. Plaintiffs shall file their motion for summary judgment on or before December 24, 2019; Defendants shall file their joint opposition and cross−motion for summary judgment on or before February 3, 2020; Plaintiffs shall file their combined opposition and reply on or before February 24, 2020; and Defendants shall file their reply on or before March 16, 2020. Signed by Judge Amit P. Mehta on 12/20/2019. (lcapm2) (Entered: 12/20/2019) |
| 12/24/2019 | 177 | NOTICE of Change of Address by Mark S. Raffman (Raffman, Mark) (Entered: 12/24/2019) |
| 12/24/2019 | 178 | MOTION for Summary Judgment , MOTION for Preliminary Injunction by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment or a Preliminary Injunction, # 2 Text of Proposed Order, # 3 Declaration of Michael J. Edney, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10 – Part 1, # 14 Exhibit 10 – Part 2, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24, # 29 Exhibit 25, # 30 Supplement Notice of Filing)(Edney, Michael) (Entered: 12/24/2019) |
| 01/08/2020 | 179 | NOTICE by ALEX M. AZAR, II, NORMAN E. SHARPLESS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Exhibit A: FDA, Guidance for Industry, Enforcement Priorities for Electronic Nicotine Delivery Systems (ENDS) and Other Deemed Products on the Market Without Premarket Authorization (Jan. 2020))(Coyle, Garrett) (Entered: 01/08/2020) |
| 02/02/2020 | 180 | Cross MOTION for Partial Summary Judgment by ALEX M. AZAR, II, NORMAN E. SHARPLESS, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Memorandum in Support and in Opposition to Plaintiffs' Motion for Partial Summary Judgment and for a Preliminary Injunction 178 , # 2 Text of Proposed Order)(Coyle, Garrett) (Entered: 02/02/2020) |
| 02/03/2020 | 181 | MEMORANDUM OPINION regarding 120 Plaintiffs' Motion for Summary Judgment and 124 Defendants' Cross−Motion for Partial Summary Judgment. Please see the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 02/03/2020. (lcapm2) (Entered: 02/03/2020) |
| 02/03/2020 | 182 | ORDER. For the reasons stated in the 181 Memorandum Opinion, the court grants 120 Plaintiffs' Motion for Summary Judgment, and denies 124 Defendants' Cross−Motion for Partial Summary Judgment. Please see the attached Order for further details. Signed by Judge Amit P. Mehta on 02/03/2020. (lcapm2) (Entered: 02/03/2020) |
| 02/10/2020 | 183 | MOTION for Leave to File *Amicus Brief* by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, |

| | | |
|---|---|---|
| | | AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE (Attachments: # 1 Exhibit Amicus Brief of Public Health Organizations, # 2 Exhibit 1 to Amicus Brief, # 3 Exhibit 2 to Amicus Brief, # 4 Exhibit 3 to Amicus Brief)(Greenwold, Mark) (Entered: 02/10/2020) |
| 02/24/2020 | 184 | AMENDED COMPLAINT *(Third) for Declaratory and Injunctive Relief* against ALEX M. AZAR, II, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION, STEPHEN HAHN filed by CIGAR ASSOCIATION OF AMERICA, PREMIUM CIGAR ASSOCIATION, CIGAR RIGHTS OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Edney, Michael) (Entered: 02/24/2020) |
| 02/24/2020 | 185 | REPLY to opposition to motion re 178 MOTION for Summary Judgment MOTION for Preliminary Injunction filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Declaration of Michael J. Edney, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(Edney, Michael) (Entered: 02/24/2020) |
| 02/24/2020 | 186 | Memorandum in opposition to re 180 Cross MOTION for Partial Summary Judgment filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (See Docket Entry 185 to view document). (eg); Modified text on 2/27/2020 (ztth). (Entered: 02/26/2020) |
| 03/16/2020 | 187 | MOTION for Extension of Time to File Response/Reply as to 180 Cross MOTION for Partial Summary Judgment *Until March 19, 2020* by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Attachments: # 1 Text of Proposed Order)(Coyle, Garrett) (Entered: 03/16/2020) |
| 03/16/2020 | | MINUTE ORDER granting 187 Motion for Extension of Time to File Reply. Defendants' reply in support of their cross–motion for partial summary judgment shallbe filed on or before March 19, 2020. Signed by Judge Amit P. Mehta on 03/16/2020. (lcapm2) Modified document type on 3/18/2020 (zjd). (Entered: 03/16/2020) |
| 03/16/2020 | | Set/Reset Deadlines: Reply due by 3/19/2020. (zjd) (Entered: 03/18/2020) |
| 03/19/2020 | 188 | REPLY to opposition to motion re 180 Cross MOTION for Partial Summary Judgment filed by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 03/19/2020) |
| 03/29/2020 | 189 | NOTICE *of Intervening Administrative Declaration and Proceedings* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Edney, Michael) (Entered: 03/29/2020) |
| 03/30/2020 | | MINUTE ORDER. Pursuant to the telephonic Status Conference held today, March 30, 2020, the oral argument on the parties' cross–motions for summary judgment is set for April 23, 2020, at 2 p.m. In the event the FDA does not grant by April 3, 2020, Plaintiffs' petitions to extend the May 12, 2020, substantial equivalence deadline, Defendants shall file a status report on or before April 7, 2020, which updates the court on how Defendants intend to proceed. Signed by Judge Amit P. Mehta on |

| | | |
|---|---|---|
| | | 03/30/2020. (lcapm2) (Entered: 03/30/2020) |
| 03/30/2020 | | Set/Reset Deadlines/Hearings: Status Report due by 4/7/2020. Oral Argument set for 4/23/2020 at 2:00 PM before Judge Amit P. Mehta. (zjd) (Entered: 03/30/2020) |
| 03/30/2020 | 190 | NOTICE *of Filing of Request To Extend Deadline for Premarket Applications in AAP v. FDA* by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Coyle, Garrett) (Entered: 03/30/2020) |
| 04/01/2020 | 191 | RESPONSE re 190 Notice (Other) *of Filing of Request to Extend Deadline for Premarket Applications in AAP v. FDA* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) (Entered: 04/01/2020) |
| 04/07/2020 | 192 | STATUS REPORT by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 04/07/2020) |
| 04/08/2020 | | MINUTE ORDER. Given the present posture of Defendants' request to extend the premarket approval application deadline, the court will maintain April 23, 2020, as the hearing date on the parties' motions. Defendants shall file an additional Status Report by no later than April 15, 2020. Signed by Judge Amit P. Mehta on 04/08/2020. (lcapm2) (Entered: 04/08/2020) |
| 04/08/2020 | | Set/Reset Deadlines: Status Report due by 4/15/2020. (zjd) (Entered: 04/08/2020) |
| 04/15/2020 | 193 | STATUS REPORT *re Request To Extend Deadline for Premarket Applications in AAP v. FDA* by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 04/15/2020) |
| 04/17/2020 | 194 | WITHDRAWN PURSUANT TO 202 NOTICE FILED 5/7/2020.....MOTION to Amend/Correct 184 Amended Complaint, *and Add Parties*, MOTION to Intervene , MOTION to Expedite by CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Memorandum in Support, # 4 Text of Proposed Order to Amend/Intervene, # 5 Text of Proposed Order to Expedite)(Edney, Michael) Modified on 5/7/2020 (zjd). (Entered: 04/17/2020) |
| 04/17/2020 | 195 | WITHDRAWN PURSUANT TO 202 NOTICE FILED 5/7/2020.....MOTION for Preliminary Injunction *Regarding the COVID–19 Public Health Emergency* by CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Memorandum in Support, # 2 Declaration of Michael J. Edney, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Text of Proposed Order)(Edney, Michael) Modified on 5/7/2020 (zjd). (Entered: 04/17/2020) |
| 04/17/2020 | 196 | NOTICE of Appearance by Michael James Edney on behalf of ALEC BRADLEY CIGAR DISTRIBUTORS, INC., ASHTON DISTRIBUTORS, INC., HOLT CIGAR COMPANY, INC., CROWNED HEADS, LLC, A. FUENTE & CO., PILOTO CIGARS, INC., ROCKY PATEL PREMIUM CIGARS, OLIVA CIGAR CO. (Edney, Michael) (Entered: 04/17/2020) |

| 04/20/2020 | 197 | RESPONSE re 193 Status Report *re Request To Extend Deadline for Premarket Applications in AAP v. FDA* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) (Entered: 04/20/2020) |
| --- | --- | --- |
| 04/20/2020 | 198 | Memorandum in opposition to re 194 MOTION to Amend/Correct 184 Amended Complaint, *and Add Parties* MOTION to Intervene MOTION to Expedite filed by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 04/20/2020) |
| 04/21/2020 | | MINUTE ORDER. The hearing on the parties' cross–motions for summary judgment scheduled for April 23, 2020, is hereby vacated. The looming deadline to submit premarket applications will be extended by at least 120 days, as the Fourth Circuit has granted the government's motion for a limited remand. The urgency to hold a hearing remotely on the complex issues presented in the parties' motions has thus abated. For these same reasons, the court denies Plaintiffs' request for expedited treatment on their Consolidated Motion, ECF No. 194 . The parties shall meet and confer and, by April 23, 2020, propose a schedule with respect to the Consolidated Motion and the Motion for Preliminary Injunction, ECF No. 195 , as well as a new hearing date on all pending motions. Signed by Judge Amit P. Mehta on 04/21/2020. (lcapm2) (Entered: 04/21/2020) |
| 04/21/2020 | | Set/Reset Deadlines: Proposed Briefing Schedule due by 4/23/2020. (zjd) (Entered: 04/22/2020) |
| 04/23/2020 | 199 | Joint STATUS REPORT by A. FUENTE & CO., ALEC BRADLEY CIGAR DISTRIBUTORS, INC., ASHTON DISTRIBUTORS, INC., CIGAR RIGHTS OF AMERICA, CROWNED HEADS, LLC, HOLT CIGAR COMPANY, INC., OLIVA CIGAR CO., PILOTO CIGARS, INC., PREMIUM CIGAR ASSOCIATION, ROCKY PATEL PREMIUM CIGARS. (Attachments: # 1 Exhibit)(Edney, Michael) (Entered: 04/23/2020) |
| 04/29/2020 | | MINUTE ORDER. The oral argument on the parties' cross–motions for summary judgment, ECF Nos. 178 and 180, is hereby set for June 24, 2020, at 2:00 p.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 4/29/2020. (lcapm1) (Entered: 04/29/2020) |
| 04/29/2020 | | Set/Reset Hearings: Motion Hearing set for 6/24/2020 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 04/29/2020) |
| 04/29/2020 | 200 | STATUS REPORT *Regarding Proposed Claims Relating to the COVID–19 Public Health Emergency* by A. FUENTE & CO., ALEC BRADLEY CIGAR DISTRIBUTORS, INC., ASHTON DISTRIBUTORS, INC., CIGAR RIGHTS OF AMERICA, CROWNED HEADS, LLC, HOLT CIGAR COMPANY, INC., OLIVA CIGAR CO., PILOTO CIGARS, INC., PREMIUM CIGAR ASSOCIATION, ROCKY PATEL PREMIUM CIGARS. (Edney, Michael) (Entered: 04/29/2020) |
| 05/01/2020 | 201 | STATUS REPORT *Regrading Proposed Claims Relating to the COVID–19 Public Health Emergency* by A. FUENTE & CO., ALEC BRADLEY CIGAR DISTRIBUTORS, INC., ASHTON DISTRIBUTORS, INC., CIGAR RIGHTS OF AMERICA, CROWNED HEADS, LLC, HOLT CIGAR COMPANY, INC., OLIVA CIGAR CO., PILOTO CIGARS, INC., PREMIUM CIGAR ASSOCIATION, ROCKY PATEL PREMIUM CIGARS. (Edney, Michael) (Entered: 05/01/2020) |

| 05/07/2020 | 202 | NOTICE OF WITHDRAWAL OF MOTION by A. FUENTE & CO., ALEC BRADLEY CIGAR DISTRIBUTORS, INC., ASHTON DISTRIBUTORS, INC., CIGAR RIGHTS OF AMERICA, CROWNED HEADS, LLC, HOLT CIGAR COMPANY, INC., OLIVA CIGAR CO., PILOTO CIGARS, INC., PREMIUM CIGAR ASSOCIATION, ROCKY PATEL PREMIUM CIGARS re 195 MOTION for Preliminary Injunction *Regarding the COVID–19 Public Health Emergency*, 194 MOTION to Amend/Correct 184 Amended Complaint, *and Add Parties* MOTION to Intervene MOTION to Expedite (Edney, Michael) (Entered: 05/07/2020) |
|---|---|---|
| 05/08/2020 | 203 | NOTICE OF SUPPLEMENTAL AUTHORITY by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Coyle, Garrett) (Entered: 05/08/2020) |
| 06/23/2020 | | NOTICE of Hearing: The oral argument originally set for 6/24/2020 at 2:00 PM before Judge Amit P. Mehta has been vacated. (zjd) (Entered: 06/23/2020) |
| 06/24/2020 | 204 | STATUS REPORT by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 06/24/2020) |
| 06/26/2020 | 205 | RESPONSE re 204 Status Report *and Request for Oral Argument Date* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) (Entered: 06/26/2020) |
| 06/26/2020 | | MINUTE ORDER. The oral argument on the parties' cross–motions for summary judgment, ECF Nos. 178 and 180, is hereby set for July 22, 2020, at 2:00 p.m. in Courtroom 10. Signed by Judge Amit P. Mehta on 6/26/2020. (lcapm1) (Entered: 06/26/2020) |
| 06/26/2020 | | Set/Reset Hearings: Oral Argument set for 7/22/2020 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 06/29/2020) |
| 07/10/2020 | 206 | NOTICE OF SUPPLEMENTAL AUTHORITY by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Exhibit 1)(Edney, Michael) (Entered: 07/10/2020) |
| 07/21/2020 | | NOTICE of Hearing: The Oral Argument set for 7/22/2020 at 2:00 PM before Judge Amit P. Mehta will proceed via video conference. The courtroom deputy has sent connection information to counsel. Members of the public or media may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.(zjd) (Entered: 07/21/2020) |
| 07/21/2020 | 207 | RESPONSE re 206 NOTICE OF SUPPLEMENTAL AUTHORITY by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Coyle, Garrett) Modified docket event/text on 7/22/2020 (eg). (Entered: 07/21/2020) |
| 07/22/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Motion Hearing held on 7/22/2020 re 178 180 Cross–Motions for Summary Judgment. Arguments heard and taken under advisement. (Court Reporter: William Zaremba) (zjd) (Entered: 07/22/2020) |
| 08/03/2020 | 208 | TRANSCRIPT OF ORAL ARGUMENT VIA VIDEOCONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on July 22, 2020; Page Numbers: |

| | | |
|---|---|---|
| | | 1–101. Date of Issuance: August 3, 2020. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purch ased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/24/2020. Redacted Transcript Deadline set for 9/3/2020. Release of Transcript Restriction set for 11/1/2020.(wz) (Entered: 08/03/2020) |
| 08/06/2020 | 209 | NOTICE *of Filing of Request for Clarification of Scope of Remedy Order in AAP v. FDA With Respect to FDA's Forthcoming Enforcement Guidance on Premium Cigars* by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Coyle, Garrett) (Entered: 08/06/2020) |
| 08/07/2020 | | MINUTE ORDER. The parties shall appear for a telephonic status conference on August 10, 2020, at 2:00 p.m. The parties should be prepared to discuss how the Government's Notice, ECF No. 209 , affects the claims and issues that are pending before the court. The courtroom deputy will provide counsel with dial–in information. Members of the public or media who wish to access the hearing may dial the court's toll–free public access line: (877) 848–7030, access code 321–8747. Signed by Judge Amit P. Mehta on 8/7/2020. (lcapm1). (Entered: 08/07/2020) |
| 08/07/2020 | 210 | NOTICE *of Request to Participate Telephonically* by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, MARYLAND CHAPTER–AMERICAN ACADEMY OF PEDIATRICS, TRUTH INITIATIVE (Dubner, Jeffrey) (Entered: 08/07/2020) |
| 08/07/2020 | 211 | RESPONSE re 209 Notice (Other), filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) (Entered: 08/07/2020) |
| 08/07/2020 | 212 | RESPONSE re 210 Notice (Other), filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) (Entered: 08/07/2020) |
| 08/07/2020 | | Set/Reset Hearings: Telephonic Status Conference set for 8/10/2020 at 2:00 PM before Judge Amit P. Mehta. (zjd) (Entered: 08/09/2020) |
| 08/10/2020 | | MINUTE ORDER. Amici American Academy of Pediatrics et al. may participate in the telephonic hearing scheduled for August 10, 2020. The courtroom deputy shall |

| | | |
|---|---|---|
| | | forward dial–in information to counsel for Amici. Signed by Judge Amit P. Mehta on 8/10/2020. (lcapm1) (Entered: 08/10/2020) |
| 08/10/2020 | | NOTICE of Hearing: Members of the public or media who wish to access the telephonic status hearing set for 8/10/2020 at 2:00 pm may dial the court's toll–free public access line: (877) 848–7030, access code 321–8747. This line will be muted and should only be used by non–participating parties. (zjd) (Entered: 08/10/2020) |
| 08/10/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Telephonic Status Conference held on 8/10/2020. (Court Reporter: William Zaremba) (zjd) (Entered: 08/10/2020) |
| 08/18/2020 | 213 | TRANSCRIPT OF STATUS CONFERENCE VIA TELECONFERENCE HEARING PROCEEDINGS before Judge Amit P. Mehta held on August 10, 2020; Page Numbers: 1–34. Date of Issuance: August 18, 2020. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public term inal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/8/2020. Redacted Transcript Deadline set for 9/18/2020. Release of Transcript Restriction set for 11/16/2020.(wz) (Entered: 08/18/2020) |
| 08/19/2020 | 214 | MEMORANDUM OPINION AND ORDER granting in part and denying in part Plaintiffs' 178 Motion for Partial Summary Judgment, denying as moot Plaintiffs' 178 Motion for Preliminary Injunction, and granting in part and denying in part Defendants' 180 Cross–Motion for Partial Summary Judgment. See the attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 8/19/2020. (lcapm1) (Entered: 08/19/2020) |
| 08/19/2020 | | Set/Reset Deadlines: Joint Status Report due by 8/31/2020. (zjd) (Entered: 08/20/2020) |
| 08/24/2020 | 215 | MOTION for Entry of Judgment under Rule 54(b) by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Raffman, Mark) (Entered: 08/24/2020) |
| 08/24/2020 | | NOTICE of Hearing: Telephonic Status Conference set for 8/24/2020 at 3:30 PM before Judge Amit P. Mehta. The Court has circulated dial–in information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The public access line will be muted and should only be used by non–participating parties. (zjd) (Entered: 08/24/2020) |

| 08/24/2020 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Telephonic Status Conference on 8/24/2020. (Court Reporter: William Zaremba) (zjd) (Entered: 08/24/2020) |
|---|---|---|
| 08/24/2020 | 216 | MOTION to Stay *or For a Rule 62 Injunction Pending Appeal* by CIGAR ASSOCIATION OF AMERICA (Attachments: # 1 Exhibit A – Lazarus Declaration, # 2 Exhibit B – DeSoi Declaration, # 3 Exhibit C – Zeller Declaration, # 4 Text of Proposed Order)(Raffman, Mark) (Entered: 08/24/2020) |
| 08/24/2020 | 217 | ORDER granting Plaintiffs' 215 Unopposed Motion for Entry of Final Judgment on Counts I, II, III, IX, X, XI, XIII, and XV of Plaintiffs' Third Amended Complaint Pursuant to Federal Rule of Civil Procedure 54(b). See the attached Order for additional details. Signed by Judge Amit P. Mehta on 8/24/2020. (lcapm1) (Entered: 08/24/2020) |
| 08/26/2020 | 218 | WITHDRAWN PURSUANT TO NOTICE FILED 08/26/2020.....NOTICE *of Appeal* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION re 217 Order on Motion for Entry of Judgment under Rule 54(b), (Edney, Michael) Modified on 8/26/2020 (eg). (Entered: 08/26/2020) |
| 08/26/2020 | 219 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 217 Order on Motion for Entry of Judgment under Rule 54(b), 158 Order on Motion for Partial Summary Judgment, 214 Memorandum & Opinion, 94 Memorandum & Opinion,, by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. Filing fee $ 505, receipt number ADCDC–7509872. Fee Status: Fee Paid. Parties have been notified. (Edney, Michael) (Entered: 08/26/2020) |
| 08/26/2020 | 220 | NOTICE *of Withdrawal of Filing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION re 218 Notice (Other) (Edney, Michael) (Entered: 08/26/2020) |
| 08/26/2020 | 221 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 219 Notice of Appeal to DC Circuit Court. (eg) (Entered: 08/26/2020) |
| 08/28/2020 | 222 | Memorandum in opposition to re 216 MOTION to Stay *or For a Rule 62 Injunction Pending Appeal* filed by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Exhibit 1: Plaintiff's Petition)(Coyle, Garrett) (Entered: 08/28/2020) |
| 08/31/2020 | | MINUTE ORDER. In its Opinion of July 7, 2020, the D.C. Circuit "reverse[d] the grant of summary judgment to the FDA and the denial of summary judgment to the plaintiffs" and "remand[ed] to the district court for further proceedings consistent with this opinion." The parties shall meet and confer and advise the court by September 7, 2020, what additional proceedings, if any, are required. Signed by Judge Amit P. Mehta on 8/31/2020. (lcapm1) (Entered: 08/31/2020) |
| 08/31/2020 | 223 | REPLY to opposition to motion re 216 MOTION to Stay *or For a Rule 62 Injunction Pending Appeal* filed by CIGAR ASSOCIATION OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Raffman, Mark) (Entered: 08/31/2020) |
| 08/31/2020 | 224 | Joint STATUS REPORT by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) |

| | | (Entered: 08/31/2020) |
|---|---|---|
| 08/31/2020 | 225 | MANDATE of USCA as to 102 Notice of Appeal to DC Circuit Court, filed by INTERNATIONAL PREMIUM CIGAR AND PIPE RETAILERS ASSOCIATION, CIGAR RIGHTS OF AMERICA, CIGAR ASSOCIATION OF AMERICA ; USCA Case Number 18–5195. (Attachments: # 1 USCA Judgment)(zrdj) (Entered: 09/01/2020) |
| 08/31/2020 | | USCA Case Number 20–5266 for 219 Notice of Appeal to DC Circuit Court, filed by PREMIUM CIGAR ASSOCIATION, CIGAR RIGHTS OF AMERICA, CIGAR ASSOCIATION OF AMERICA. (zrdj) (Entered: 09/01/2020) |
| 09/01/2020 | | MINUTE ORDER. The parties shall file an additional Joint Status Report by September 7, 2020, which recommends a course for further proceedings in this matter, including those claims recently remanded by the D.C. Circuit. Signed by Judge Amit P. Mehta on 9/1/2020. (lcapm1) (Entered: 09/01/2020) |
| 09/01/2020 | | Set/Reset Deadlines: Meet & Confer Statement due by 9/7/2020. Joint Status Report due by 9/7/2020. (zjd) (Entered: 09/02/2020) |
| 09/02/2020 | 226 | MEMORANDUM OPINION AND ORDER denying Plaintiff Cigar Association of America's Motion for a Stay, ECF No. 216 . See the attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 9/2/2020. (lcapm1) (Entered: 09/02/2020) |
| 09/07/2020 | 227 | Joint STATUS REPORT by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) (Entered: 09/07/2020) |
| 09/10/2020 | | MINUTE ORDER. The court takes no position on Plaintiffs' suggestion that they submit briefing on the remedy entered as to Count XIV of the Third Amended Complaint, including the definition of "premium cigar." If Plaintiffs wish for the court to alter or amend the judgment, Plaintiffs may so move within the time constraints provided under Federal Rules of Civil Procedure 59(e) and 60. As for counts Counts IV and V of the original complaint, Plaintiffs shall notify the court whether they intend to "re–add" those claims by September 30, 2020. The court will issue a separate written order addressing the judgment and remedy for the counts remanded by the D.C. Circuit. Signed by Judge Amit P. Mehta on 9/10/2020. (lcapm1) (Entered: 09/10/2020) |
| 09/10/2020 | | Set/Reset Deadlines: Status Report due by 9/30/2020. (zjd) (Entered: 09/10/2020) |
| 09/11/2020 | 228 | FINAL JUDGMENT AND ORDER vacating the court's judgment as to Counts VI and VII of the original complaint, entering summary judgment in favor of Plaintiffs on Count VI, and vacating and remanding the Final Deeming Rule's warning requirements for cigars and pipe tobacco. See the attached Final Judgment and Order for additional details. Signed by Judge Amit P. Mehta on 9/11/2020. (lcapm1) (Entered: 09/11/2020) |
| 09/16/2020 | 229 | MOTION to Clarify re 214 Memorandum & Opinion, by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael). Added MOTION to Amend/Correct on 9/18/2020 (znmw). (Entered: 09/16/2020) |
| 09/30/2020 | 230 | STATUS REPORT in Response to Court's September 10, 2020 Order by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM |

| | | |
|---|---|---|
| | | CIGAR ASSOCIATION. (Edney, Michael) (Entered: 09/30/2020) |
| 09/30/2020 | 231 | Memorandum in opposition to re 229 MOTION to Clarify re 214 Memorandum & Opinion, MOTION to Amend/Correct filed by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 09/30/2020) |
| 10/01/2020 | | MINUTE ORDER. Plaintiffs shall file an amended complaint, by consent or motion, by October 30, 2020. Signed by Judge Amit P. Mehta on 10/1/2020. (lcapm1) (Entered: 10/01/2020) |
| 10/01/2020 | | Set/Reset Deadlines: Amended Pleadings due by 10/30/2020. (zjch) (Entered: 10/01/2020) |
| 10/06/2020 | 232 | Consent MOTION for Extension of Time to File Response/Reply as to 229 MOTION to Clarify re 214 Memorandum & Opinion, MOTION to Amend/Correct by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 10/06/2020) |
| 10/06/2020 | | MINUTE ORDER granting 232 Consent Motion for Extension of Time to File Response/Reply. Plaintiffs shall file their reply brief in support of their Motion to Clarify by October 14, 2020. Signed by Judge Amit P. Mehta on 10/06/2020. (lcapm3) (Entered: 10/06/2020) |
| 10/06/2020 | | Set/Reset Deadlines: Reply due by 10/14/2020. (zjd) (Entered: 10/07/2020) |
| 10/14/2020 | 233 | REPLY to opposition to motion re 229 MOTION to Clarify re 214 Memorandum & Opinion, MOTION to Amend/Correct filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) (Entered: 10/14/2020) |
| 10/30/2020 | 234 | MOTION for Leave to File *Amended Complaint* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Edney, Michael) (Entered: 10/30/2020) |
| 11/12/2020 | 235 | RESPONSE re 234 MOTION for Leave to File *Amended Complaint* filed by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 11/12/2020) |
| 11/14/2020 | | MINUTE ORDER granting Plaintiffs' 234 Motion for Leave to Amend the Complaint. Plaintiffs' motion to amend is unopposed and thus granted. Plaintiffs' Fourth Amended Complaint shall now be the operative pleading in this matter. The parties shall meet and confer and, by November 30, 2020, file a Joint Status Report that proposes a schedule for further proceedings in this matter. Signed by Judge Amit P. Mehta on 11/14/2020. (lcapm1) (Entered: 11/14/2020) |
| 11/14/2020 | | Set/Reset Deadlines: Joint Status Report due by 11/30/2020. (zjd) (Entered: 11/17/2020) |
| 11/14/2020 | 236 | Fourth AMENDED COMPLAINT against ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION filed by CIGAR |

| | | |
|---|---|---|
| | | ASSOCIATION OF AMERICA, PREMIUM CIGAR ASSOCIATION, CIGAR RIGHTS OF AMERICA.(eg) (Entered: 11/18/2020) |
| 11/30/2020 | 237 | ANSWER to 236 Amended Complaint, by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION.(Coyle, Garrett) (Entered: 11/30/2020) |
| 11/30/2020 | 238 | Joint STATUS REPORT by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Edney, Michael) (Entered: 11/30/2020) |
| 12/02/2020 | 239 | ORDER setting the schedule for further proceedings in this matter. (1) Plaintiffs shall file their Motion for Summary Judgment on or before January 6, 2021; (2) Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment on or before February 5, 2021; (3) Plaintiffs shall file their Combined Reply to Opposition to Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment on or before February 24, 2021; (4) Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment on or before March 10, 2021. The parties shall file a joint appendix containing relevant excerpts of the administrative record on or before March 17, 2021. The scope of these summary judgment proceedings shall be confined to the claims added by the Fourth Amended Complaint. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 12/2/2020. (lcapm1) (Entered: 12/02/2020) |
| 12/02/2020 | | Set/Reset Deadlines: Motion for Summary Judgment due by 1/6/2021. Opposition and Cross Motion due by 2/5/2021. Reply and Opposition due by 2/24/2021. Reply due by 3/10/2021. Joint Appendix due by 3/17/2021. (zjd) (Entered: 12/03/2020) |
| 12/23/2020 | 240 | Consent MOTION to Modify *Schedule for Summary Judgment Briefing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 12/23/2020) |
| 12/23/2020 | 241 | ORDER granting 240 Consent Motion to Modify Schedule for Summary Judgment Briefing. The schedule for further proceedings in this matter shall be as follows: (1) Plaintiffs' Motion for Summary Judgment shall be filed on or before January 22, 2021; (2) Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Defendants' Cross Motion for Summary Judgment shall be filed on or before February 26, 2021; (3) Plaintiffs' Combined Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before March 19, 2021; (4) Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before April 9, 2021; and (5) the parties shall file a Joint Appendix containing relevant excerpts of the Administrative Record on or before April 16, 2021. All other terms of the court's December 2, 2020 Order, ECF No. 239, shall remain in effect. See the attached Order for additional details. Signed by Amit P. Mehta on 12/23/2020. (lcapm1) (Entered: 12/23/2020) |
| 12/23/2020 | | Set/Reset Deadlines: Motion for Summary Judgment due by 1/22/2021. Opposition and Cross Motion due by 2/26/2021. Reply and Opposition due by 3/19/2021. Reply due by 4/9/2021. Joint Appendix due by 4/16/2021. (zjd) (Entered: 12/30/2020) |
| 01/13/2021 | 242 | |

| | | |
|---|---|---|
| | | Consent MOTION to Modify *Schedule for Summary Judgment Briefing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 01/13/2021) |
| 01/14/2021 | 243 | ORDER granting Plaintiffs' 242 Consent Motion to Modify the Schedule for Summary Judgment Briefing. The following deadlines in the court's December 23, 2020 Order, ECF No. 241, are modified as follows: (1) Plaintiffs' Motion for Summary Judgment shall be filed on or before February 5, 2021; (2) Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment shall be filed on or before March 12, 2021; (3) Plaintiffs' Combined Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before April 2, 2021; (4) Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before April 23, 2021; and (5) the parties shall file a Joint Appendix containing relevant excerpts of the Administrative Record on or before April 30, 2021. All other terms of the court's December 2, 2020 Order, ECF No. 239, shall remain in effect. See the attached order for further details. Signed by Judge Amit P. Mehta on 1/14/2021. (lcapm1) (Entered: 01/14/2021) |
| 01/29/2021 | 244 | Consent MOTION to Modify *Schedule for Summary Judgment Briefing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 01/29/2021) |
| 01/30/2021 | 245 | ORDER granting Plaintiffs' 244 Consent Motion to Modify the Schedule for Summary Judgment Briefing. The following deadlines in the court's January 14, 2021 Order, ECF No. 243, are modified as follows: (1) Plaintiffs' Motion for Summary Judgment shall be filed on or before February 19, 2021; (2) Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment shall be filed on or before March 26, 2021; (3) Plaintiffs' Combined Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before April 16, 2021; (4) Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before May 7, 2021; and (5) the parties shall file a Joint Appendix containing relevant excerpts of the Administrative Record on or before May 14, 2021. All other terms of the court's December 2, 2020 Order, ECF No. 239, shall remain in effect. See the attached order for further details. Signed by Judge Amit P. Mehta on 1/30/2021. (lcapm1) (Entered: 01/30/2021) |
| 02/04/2021 | 246 | ORDER denying Plaintiffs' 229 Motion to Clarify the Court's Order Regarding Premium Cigars, or in the Alternative, to Amend or Alter Same. See the attached Order for further details. Signed by Judge Amit P. Mehta on 2/4/2021. (lcapm1) (Entered: 02/04/2021) |
| 02/19/2021 | 247 | MOTION for Summary Judgment *and a* MOTION for Permanent Injunction by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Declaration, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9)(Edney, Michael). Added MOTION for Permanent Injunction on 2/22/2021 |

| | | |
|---|---|---|
| | | (eg). (Entered: 02/19/2021) |
| 03/17/2021 | 248 | Consent MOTION for Extension of Time to File *Opposition to Motion for Summary Judgment 247 and Cross–Motion for Summary Judgment* by ALEX M. AZAR, II, STEPHEN HAHN, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Text of Proposed Order)(Coyle, Garrett) (Entered: 03/17/2021) |
| 03/18/2021 | 249 | ORDER granting Defendants' 248 Consent Motion to Extend Briefing Schedule. The following deadlines in the court's January 30, 2021 Order, ECF No. 245, are modified as follows: (1) Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment shall be filed on or before April 9, 2021; (2) Plaintiffs' Combined Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before April 30, 2021; (3) Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment shall be filed within 21 days after Plaintiffs file their Combined Reply and Opposition; and (4) the parties shall file a Joint Appendix containing relevant excerpts of the Administrative Record within 7 days after Defendants file their Reply. All other terms of the court's December 2, 2020 Order, ECF No. 239, shall remain in effect. See the attached Order for further details. Signed by Judge Amit P. Mehta on 3/18/2021. (lcapm1) (Entered: 03/18/2021) |
| 04/09/2021 | 250 | Cross MOTION for Summary Judgment *and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment 247* by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Coyle, Garrett) (Entered: 04/09/2021) |
| 04/09/2021 | 251 | Memorandum in opposition to re 247 MOTION for Summary Judgment *and a Permanent Injunction* MOTION for Permanent Injunction filed by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (View Docket Entry 250 to view document). (eg) (Entered: 04/15/2021) |
| 04/16/2021 | 252 | MOTION for Leave to File *Brief of Amici Curiae in Support of Defendants* by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Proposed Amicus Brief)(Henigan, Dennis) (Entered: 04/16/2021) |
| 04/19/2021 | | NOTICE of Provisional/Government Not Certified Status re 252 MOTION for Leave to File *Brief of Amici Curiae in Support of Defendants* by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE. (Henigan, Dennis).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following |

| | | |
|---|---|---|
| | | the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–admissions–and–renewal–information.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/26/2021. (znmw) (Entered: 04/19/2021) |
| 04/19/2021 | | MINUTE ORDER granting 252 Motion of Public Health Organizations for Leave to File Brief as Amici Curiae in Support of Defendants. Signed by Judge Amit P. Mehta on 4/19/2021. (lcapm1) (Entered: 04/19/2021) |
| 04/19/2021 | 253 | AMICUS BRIEF by AMERICAN ACADEMY OF PEDIATRICS, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CAMPAIGN FOR TOBACCO–FREE KIDS, TRUTH INITIATIVE. (eg) (Entered: 04/21/2021) |
| 04/27/2021 | 254 | Consent MOTION to Modify *Schedule for Summary Judgment Briefing* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Text of Proposed Order)(Edney, Michael) (Entered: 04/27/2021) |
| 04/27/2021 | 255 | ORDER granting Plaintiffs' 254 Consent Motion to Modify the Schedule for Summary Judgment Briefing. The following deadlines in the court's March 18, 2021 Order, ECF No. 249, are modified as follows: (1) Plaintiffs' Combined Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before May 14, 2021; (2) Defendants' Reply to Plaintiffs' Opposition to Defendants' Cross Motion for Summary Judgment shall be filed on or before June 11, 2021; and (3) the parties shall file a Joint Appendix containing relevant excerpts of the Administrative Record on or before June 18, 2021. All other terms of the court's December 2, 2020 Order, ECF No. 239, shall remain in effect. See the attached order for further details. Signed by Judge Amit P. Mehta on 4/27/2021. (lcapm1) (Entered: 04/27/2021) |
| 05/14/2021 | 256 | REPLY to opposition to motion re 247 MOTION for Summary Judgment *and a Permanent Injunction* MOTION for Permanent Injunction, 250 Cross MOTION for Summary Judgment *and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment* 247 filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Declaration of Michael J. Edney, # 2 Exhibit A, # 3 Declaration of Cecil Reynolds, Ph.D.)(Edney, Michael) (Entered: 05/14/2021) |
| 05/14/2021 | 257 | Memorandum in opposition to re 250 Cross MOTION for Summary Judgment *and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment* 247 filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Declaration of Michael J. Edney, # 2 Exhibit A, # 3 Declaration of Cecil Reynolds, Ph.D.)(Edney, Michael) (Entered: 05/14/2021) |
| 06/11/2021 | 258 | REPLY to opposition to motion re 250 Cross MOTION for Summary Judgment *and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment* 247 filed by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 06/11/2021) |
| 06/18/2021 | 259 | |

| | | JOINT APPENDIX – *Volume 1* by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Appendix Joint Appendix – Volume 2)(Edney, Michael) (Entered: 06/18/2021) |
|---|---|---|
| 07/30/2021 | 260 | NOTICE OF SUPPLEMENTAL AUTHORITY by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION (Coyle, Garrett) (Entered: 07/30/2021) |
| 08/06/2021 | 261 | SUPPLEMENTAL MEMORANDUM re re 260 NOTICE OF SUPPLEMENTAL AUTHORITY *by United States Department of Health and Human Services, United States Food and Drug Administration* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Exhibit A: CTP Statement on Withdrawal of the Unified Agenda Entry Pertaining to the Advance Notice of Proposed Rulemaking for Premium Cigars and Related Request for Information, # 2 Exhibit B: Fall 2020 Regulatory Agenda Entry "Premium Cigars," RIN 0910–AH88)(Edney, Michael) (Entered: 08/06/2021) |
| 09/13/2021 | 262 | MANDATE of USCA as to 219 Notice of Appeal to DC Circuit Court, filed by PREMIUM CIGAR ASSOCIATION, CIGAR RIGHTS OF AMERICA, CIGAR ASSOCIATION OF AMERICA ; USCA Case Number 20–5266. (Attachments: # 1 Judgment)(zeg) (Entered: 09/15/2021) |
| 02/08/2022 | 263 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. Attorney Mark S. Raffman terminated. (Raffman, Mark) (Entered: 02/08/2022) |
| 04/19/2022 | | NOTICE of Hearing: Oral Argument set for 5/4/2022 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) Modified hearing time on 4/19/2022 (zjd). (Entered: 04/19/2022) |
| 04/25/2022 | 264 | NOTICE of Appearance by Brian T Burgess on behalf of CIGAR ASSOCIATION OF AMERICA (Burgess, Brian) (Entered: 04/25/2022) |
| 04/27/2022 | 265 | SUPPLEMENTAL MEMORANDUM to re 247 MOTION for Summary Judgment *and a Permanent Injunction* MOTION for Permanent Injunction *Addressing FDA–Commissioned Report of the National Academies of Sciences, Engineering, and Medicine* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # 1 Exhibit A – NASEM Report, # 2 Exhibit B – Q&A with Steven Teutsch re NASEM Report)(Edney, Michael) (Entered: 04/27/2022) |
| 05/02/2022 | 266 | RESPONSE re 265 Supplemental Memorandum, *on NASEM Report* filed by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 05/02/2022) |
| 05/03/2022 | | NOTICE of Hearing: The Oral Argument set for May 4, 2022 is hereby vacated and rescheduled to May 23, 2022 at 10:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 05/03/2022) |
| 05/20/2022 | | NOTICE of Hearing: Members of the public or media may also access the oral argument scheduled for May 23, 2022 at 10:00 AM by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: |

| | | |
|---|---|---|
| | | 05/20/2022) |
| 05/23/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Oral Argument held on 5/23/2022. Arguments heard and taken under advisement. (Court Reporter: William Zaremba) (zjd) (Entered: 05/23/2022) |
| 06/24/2022 | 267 | TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS before Judge Amit P. Mehta held on May 23, 2022; Page Numbers: 1–99. Date of Issuance: June 24, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court rep orter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/15/2022. Redacted Transcript Deadline set for 7/25/2022. Release of Transcript Restriction set for 9/22/2022.(wz) (Entered: 06/24/2022) |
| 07/05/2022 | 268 | MEMORANDUM OPINION AND ORDER granting in part and denying in part Plaintiffs' <u>247</u> Motion for Summary Judgment and a Permanent Injunction and granting in part and denying in part Defendants' <u>250</u> Cross–Motion for Summary Judgment. The parties shall file briefs of no more than ten pages on the question of the appropriate remedy by July 26, 2022. See the attached MEMORANDUM OPINION AND ORDER for additional information. Signed by Judge Amit P. Mehta on 7/5/2022. (lcapm1) (Entered: 07/05/2022) |
| 07/20/2022 | 269 | Unopposed MOTION for Extension of Time to *File Respective Briefs Regarding Remedies* by CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # <u>1</u> Text of Proposed Order)(Edney, Michael) (Entered: 07/20/2022) |
| 07/20/2022 | | MINUTE ORDER granting <u>269</u> Unopposed Motion for Extension of Time to File Respective Briefs Regarding Remedies. The parties shall file their briefs on or before August 2, 2022. Signed by Judge Amit P. Mehta on 7/20/2022. (lcapm1) (Entered: 07/20/2022) |
| 08/02/2022 | 270 | MEMORANDUM re <u>268</u> Order,, Memorandum & Opinion, by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Coyle, Garrett) (Entered: 08/02/2022) |
| 08/02/2022 | 271 | SUPPLEMENTAL MEMORANDUM to re <u>268</u> Order,, Memorandum & Opinion, *in Support of Vacatur re ECF 268* filed by CIGAR ASSOCIATION OF AMERICA, CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION. (Attachments: # <u>1</u> Declaration of Jorge Padron, # <u>2</u> Declaration of Rocky Patel, # <u>3</u> Appendix A, # <u>4</u> Appendix B, # <u>5</u> Appendix C, # <u>6</u> Text of Proposed Order)(Edney, Michael) (Entered: 08/02/2022) |

| 01/26/2023 | 272 | NOTICE of Change of Address by Michael James Edney (Edney, Michael) (Entered: 01/26/2023) |
|---|---|---|
| 03/28/2023 | 273 | NOTICE of Appearance by Stephen M. Pezzi on behalf of All Defendants (Pezzi, Stephen) (Entered: 03/28/2023) |
| 04/18/2023 | 274 | NOTICE OF SUPPLEMENTAL AUTHORITY by CIGAR RIGHTS OF AMERICA, PREMIUM CIGAR ASSOCIATION (Attachments: # 1 Exhibit Proposed Rule)(Edney, Michael) (Entered: 04/18/2023) |
| 05/19/2023 | 275 | RESPONSE re 274 NOTICE OF SUPPLEMENTAL AUTHORITY filed by UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION. (Pezzi, Stephen) (Entered: 05/19/2023) |
| 08/09/2023 | 276 | MEMORANDUM OPINION. Please see the attached Memorandum Opinion for additional details. Signed by Judge Amit P. Mehta on 08/09/2023. (lcapm3) (Entered: 08/09/2023) |
| 08/09/2023 | 277 | ORDER. For the reasons set forth in the court's Memorandum Opinions at ECF Nos. 268 and 276 , judgment is entered in favor of Plaintiffs. The Final Deeming Rule is vacated insofar as it applies to premium cigars. See attached Order. Signed by Judge Amit P. Mehta on 08/09/2023. (lcapm3) (Entered: 08/09/2023) |
| 09/29/2023 | 278 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 277 Order, 268 Order,, Memorandum & Opinion, 276 Memorandum & Opinion by STEPHEN HAHN, UNITED STATES FOOD AND DRUG ADMINISTRATION, ALEX M. AZAR, II, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. Fee Status: No Fee Paid. Parties have been notified. (Pezzi, Stephen) (Entered: 09/29/2023) |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CIGAR ASSOCIATION OF AMERICA,
*et al.*,

              Plaintiffs,

      v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, *et al.*,

          Defendants.

Civil Action No. 16-1460 (APM)

## <u>NOTICE OF APPEAL</u>

All Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order issued on August 9, 2023, ECF No. 277, entering judgment in favor of Plaintiffs and vacating the Final Deeming Rule insofar as it applies to premium cigars, and from the Memorandum Opinions issued on July 5, 2022, and August 9, 2023, ECF Nos. 268, 276, which the District Court incorporated by reference as the basis for its judgment.

September 29, 2023

*Of Counsel:*

SAMUEL R. BAGENSTOS
General Counsel
U.S. Dep't of Health and Human Services

MARK RAZA
Chief Counsel
Food and Drug Administration

WENDY S. VICENTE
Deputy Chief Counsel for Litigation

PETER DICKOS
Associate Chief Counsel
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CIGAR ASSOCIATION OF AMERICA,** *et al.*,<br><br>    **Plaintiffs,**<br><br>      v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION,** *et al.*,<br><br>    **Defendants.** | **Case No. 16-cv-01460 (APM)** |

## ORDER

For the reasons set forth in the court's Memorandum Opinions at ECF Nos. 268 and 276, judgment is entered in favor of Plaintiffs. The Final Deeming Rule is vacated insofar as it applies to premium cigars.[1]

Dated:  August 9, 2023

                                      Amit P. Mehta
                                United States District Court Judge

---

[1] For purposes of this ruling, premium cigars are those cigars that: (1) are wrapped in whole tobacco leaf; (2) contain a 100 percent leaf tobacco binder; (3) contain at least 50 percent (of the filler by weight) long filler tobacco; (4) are handmade or hand rolled; (5) have no filter, nontobacco tip, or nontobacco mouthpiece; (6) do not have a characterizing flavor other than tobacco; (7) contain only tobacco, water, and vegetable gum with no other ingredients or additives; and (8) weigh more than 6 pounds per 1,000 units. *See Cigar Ass'n of Am. v. FDA (Cigar III)*, 480 F. Supp. 3d 256, 281 (D.D.C. 2020).

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CIGAR ASSOCIATION OF AMERICA**, *et al.*, ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Case No. 16-cv-01460 (APM)** |
| **U.S. FOOD AND DRUG ADMINISTRATION**, *et al.*, ) | |
| **Defendants.** ) | |

**<u>MEMORANDUM OPINION</u>**

**I.**

The court (at long last)[1] returns to this long-running dispute over the U.S. Food and Drug Administration's ("FDA") decision to regulate, or "deem," premium cigars under the Family Smoking Prevention and Tobacco Control Act of 2009 ("TCA"). In July of 2022, the court held that the FDA's decision to deem premium cigars was arbitrary and capricious insofar as the agency failed to consider data before it concerning the use of premium cigars and the health effects of such use. *Cigar Ass'n of Am. et al. v. U.S. Food & Drug Admin. (Cigar IV)*, 2022 WL 2438512 (D.D.C. July 5, 2022). Because the issue of remedy had not been briefed, the court reserved on that question and invited further briefing from the parties. Since then, Plaintiffs have asked the court to vacate the FDA's decision to deem premium cigars. The FDA, on the other hand, has urged the court to remand without vacatur.

---

[1] The court apologizes to the parties for the length of time it has taken to issue this decision.

For the reasons that follow, the court finds that this case does not present the "exceptional" circumstances that would warrant deviating from the ordinary rule of vacatur of an arbitrary and capricious rule.  Accordingly, the court vacates the FDA's decision to deem premium cigars.

## II.

The court need not recite the lengthy procedural history of this case, which has been summarized in prior opinions.[2]  Instead, the court will limit its discussion to the facts relevant to this decision on remedy.

In 2014, although the FDA announced a rule proposing to "deem all products meeting the [TCA's] statutory definition of 'tobacco product,'" *Proposed Rule Deeming Tobacco Products to Be Subject to the FDCA*, 79 Fed. Reg. 23,142, at 23,143 (Apr. 25, 2014), it left open the possibility of not deeming premium cigars.  The agency instead proposed two options, one that would deem premium cigars and one that would not.  *Id.*  The FDA then sought "comment on [the two] options to determine whether all cigars should be subject to deeming and what provisions of the proposed rule may be appropriate or not appropriate for different kinds of cigars."  *Id.* at 23,143. Notwithstanding the many comments received by the agency encouraging exempting premium cigars, the FDA decided to deem them.  *See Deeming Tobacco Products to Be Subject to the FDCA*, 81 Fed. Reg. 28,974, at 28,976 (May 10, 2016) ("Final Deeming Rule").

The initial challenges in this case concerned the regulatory consequences of the FDA's decision.  For instance, the court vacated that portion of the Final Deeming Rule requiring premium cigars to display health warnings on packaging and advertisements.  *See Cigar Ass'n of Am. v. FDA* (*Cigar II*), 436 F. Supp. 3d 70 (D.D.C. 2020); *see also Cigar Ass'n of Am. v. FDA*, 964 F.3d 56 (D.C. Cir. 2020) (striking down health-warnings mandate for all cigar products).  The court

---

[2] *See, e.g.*, *Cigar Ass'n of Am. v. U.S. Food & Drug Admin.* (*Cigar III*), 480 F. Supp. 3d 256 (D.D.C. 2020).

also enjoined the FDA from enforcing a statutory premarket-review scheme against premium cigars because the agency failed to consider a shortened, less burdensome process for those products. *See Cigar Ass'n of Am. v. FDA* (*Cigar III*), 480 F. Supp. 3d 256, 261 (D.D.C. 2020).

Eventually, Plaintiffs contested the deeming itself, and the court found that decision to be arbitrary and capricious. *Cigar IV*, 2022 WL 2438512. As the court explained, one of the central questions in the rulemaking process was whether "different kinds of cigars . . . may have the potential for varying effects on public health, if there are differences in their effects on youth initiation, the frequency of their use by youth and young adults, and other factors." 2022 WL 2438512 at *3 (quoting 79 Fed. Reg. at 23,150). The agency acknowledged that "differences in patterns of use" could produce "differences in disease risks," and knew that "[s]ome have contended that usage patterns of . . . premium cigars[] can vary dramatically from usage patterns of other cigars." *Id.* (quoting 79 Fed. Reg. at 23,151). The public comment process, therefore, sought to ensure that the adopted rule would apply "only to those cigars that, because of how they are used, may have less of a public health impact than other types of cigars." *Id.* (quoting 79 Fed. Reg. at 23,150).

A robust commentary about the merits of deeming premium cigars followed, yet the agency failed to consider it fully. In the Final Deeming Rule, the FDA determined that, notwithstanding "[its] explicit requests in the [Notice of Proposed Rulemaking], the comments did not include data indicating that premium cigar smokers are not subject to disease risk and addiction." 81 Fed. Reg. at 29,024. The agency also asserted that "there were no data provided to support the premise that there are different patterns of use of premium cigars and that these patterns result in lower health risks." *Id.* at 29,020. And, it stated, the "FDA specifically sought comment on how the potential different patterns of use for premium cigars might result in different or decreased health impacts,

3

but no such evidence was submitted." *Id.* at 29,022.  This court found these assertions not supported by the record.  The court explained that there *was* data about different usage patterns for premium cigar users in the record,[3] but that the agency simply ignored it.  That included evidence that "daily cigar users do not exhibit a higher 'all-cause' mortality rate than nonsmokers."  *See Cigar IV*, 2022 WL 2438512 at *5.  The court therefore held that the FDA erred in failing to consider the data addressing the central question of usage patterns and attendant health risks.  *Id.* at *7.

The court also criticized the agency's representations about premium cigar use among youth.  *Id.* at *8.  The court observed that the agency had, strictly speaking, accurately described findings of a key study about premium cigar usage among youth, but it had "obscure[d] the real math."  *Id.*  The court observed that "the reasonable reader would not be off base in understanding [the FDA's description of the study] to imply that a more-than-negligible number of youth smoke premium cigars," when in fact a miniscule percentage do.  *Id.*  ("[O]nly 3.8 percent of the only 3.3 percent of youth who reported smoking a cigar within the last 30 days, or 0.1 percent of all youth, identified a premium cigar as their preferred brand.").  The court did not need to make an arbitrary and capricious finding regarding youth usage—because it had already found the deeming itself unlawful—but urged the agency to "view [the study] in its proper light" when taking future action. *Id.*

Since the court's decision in *Cigar IV*, the parties have each filed remedies briefs addressing the appropriateness of vacatur.  *See* Defs.' Remedy Br., ECF No. 270 [hereinafter

---

[3] *See Cigar IV*, 2022 WL 2438512 at *3 (citing Catherine Corey et al., *Little Filtered Cigar, Cigarillo, and Premium Cigar Smoking Among Adults—United States, 2012-2013*, 63 MORBIDITY & MORTALITY WKLY REP. 650–54 (2014) (demonstrating that only a small fraction of survey respondents who identified themselves as premium cigar users admitted to smoking on a daily basis); NAT'L CANCER INST., CIGARS: HEALTH EFFECTS AND TRENDS MONOGRAPH NO. 9 (1998) (finding no statistically significant difference in the "all-cause" mortality rate as between "neversmokers" and those who smoked no more than two cigars per day)).

Defs.' Br.]; Suppl. Mem. in Supp. of Vacating the FDA's Regulation of Premium Cigars, ECF No. 271 [hereinafter Pls.' Br.].  Plaintiffs[4] have also provided additional information to the court in a supplemental brief, Pls.' Notice of Intervening Events and Authority, ECF No. 274 [hereinafter Pls.' Suppl. Br.], and Defendants have filed a supplemental brief in response, Defs.' Resp. to Notice of Suppl. Auth., ECF. No. 275 [hereinafter Defs.' Suppl. Br.].

## III.

A plaintiff who "prevails on its [Administrative Procedure Act ("APA")] claim" is "entitled to relief under that statute, which normally will be a vacatur." *Am. Bioscience Inc. v. Thompson*, 269 F.3d 1077, 1084 (D.C. Cir. 2001); 5 U.S.C. § 706.  The D.C. Circuit has "made clear that 'when a reviewing court determines that the agency regulations are unlawful, the ordinary result is that the rules are vacated.'" *Nat'l Mining Ass'n v. U.S. Army Corps of Eng'rs.*, 145 F.3d 1399, 1409 (D.C. Cir. 1998); *Sierra Club v. Van Antwerp*, 719 F. Supp. 2d 77, 78 (D.D.C. 2010) ("[B]oth the Supreme Court and the D.C. Circuit Court have held that remand, along with vacatur, is the presumptively appropriate remedy for a violation of the APA.").

While remand without vacatur is an available remedy, it is generally reserved for "exceptional" circumstances. *Am. Great Lakes Ports Ass'n v. Schultz*, 962 F.3d 510, 519 (D.C. Cir. 2020).  A court's decision to remand without vacatur depends upon consideration of two factors: (1) "the seriousness of the [rule's] deficiencies," and (2) "the disruptive consequences of vacating the rule." *Humane Soc'y of U.S. v. Zinke*, 865 F.3d 585, 614 (D.C. Cir. 2017).  The burden to demonstrate such extraordinary circumstances lies with the government. *See CBOE Futures Exch., LLC v. Sec. & Exch. Comm'n*, __ F.4th __, 2023 WL 4832068 (D.C. Cir. July 28, 2023); *Friends of the Earth v. Haaland*, 583 F. Supp. 113, 156 n.29 (D.D.C. 2022).

---

[4] The supplemental brief was submitted by two of the three Plaintiffs, Premium Cigar Association and Cigar Rights of America. *See* Pls.' Suppl. Br.

## IV.

The FDA argues that both the Final Deeming Rule's minimal deficiencies and the disruptive consequences of vacatur weigh in favor of remand without vacatur. Defs.' Br. at 7–15. Regarding the seriousness of the rule's deficiencies, the agency argues that the agency likely can cure the defect identified by the court by addressing existing record evidence on remand. *Id.* at 13–15. Regarding the disruption, the FDA posits that the public health harms and potential litigation over reallocation of user fees support remand without vacatur. *Id.* at 7–13. The court finds neither argument persuasive.

## A.

As to the first factor, the agency makes two arguments. First, it says, "the FDA can readily cure the error found by the Court on remand by adequately addressing the record evidence on premium cigar usage patterns and the health risks associated with those patterns." Defs.' Br. at 14. Second, it asserts, the court did not disturb the agency's other rationales for deeming premium cigars, and the agency on remand could elaborate on these rationales. *Id.* at 15. Those reasons include: (1) the FDA's concern[] about" "dual and polyuse of cigars and other tobacco products" "common among both adults and youth"; (2) the fact that "[a]ll cigars produce secondhand smoke, which causes negative health effects such as heart disease and lung cancer in bystanders"; and (3) the FDA's finding that record evidence "clearly illustrates that young adults are using premium cigars." *Id.* The FDA thus asserts that its "failure to discuss the studies concerning usage patterns" was "harmless." *Id.*

The D.C. Circuit has said that "the court must vacate a decision that 'entirely failed to consider an important aspect of the problem.'" *SecurityPoint Holdings, Inc. v. TSA*, 867 F.3d 180, 185 (D.C. Cir. 2017) (quoting *Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto.*

6

*Ins. Co.*, 463 U.S. 29, 43 (1983)).  And it has "not hesitated to vacate a rule when the agency has not responded to empirical data or to an argument inconsistent with its conclusion."  *Comcast Corp. v. FCC*, 579 F.3d 1, 8 (D.C. Cir. 2009).  Both principles apply here.  The central question the FDA faced in deciding whether to deem was "whether [premium] cigar smokers used the product in a materially different way from non-premium cigar smokers and whether those material differences might warrant a different regulatory approach."  *Cigar IV*, 2022 WL 2438512 at *6. The agency then ignored relevant data in the record that commentors had highlighted and inexplicably made a "no data" finding.  81 Fed. Reg. at 29,020–24.  The significance of the agency's error supports vacatur.

Nor is it certain, as the FDA suggests, that on remand it would again deem premium cigars. Relevant new evidence has emerged in the years since the agency's action.  Most notably, in 2021, the FDA contracted with the National Academies of Sciences, Engineering, and Medicine (NASEM) "to conduct a comprehensive and systematic assessment and review of the scientific literature and provide a final report of the study results" concerning the usage patterns and health effects of premium cigar smoking.[5]  In March 2022, the NASEM released its report, and it contains important findings that may bear on the deeming question.  *See, e.g.*, Pl.'s Supplemental Mem., ECF No. 265, Ex. A, ECF No. 265-1 (NASEM report), at 11–13, 15–18.  On remand, the agency "may wish" to consider this and other new evidence and seek comment before acting.  *Union Elec. Co. v. FERC*, 890 F.2d 1193, 1196 (D.C. Cir. 1989).  The court will not hazard a guess at how the agency would come out if it were to consider new evidence.

---

[5] U.S. Food and Drug Admin., CTP Statement on Withdrawal of the Unified Agenda Entry Pertaining to the Advance Notice of Proposed Rulemaking for Premium Cigars and Related Request for Information (June 11, 2021) (available at https://www.fda.gov/tobacco-products/ctp-newsroom/ctp-statement-withdrawal-unified-agenda-entry-pertaining-advance-notice-proposed-rulemaking-premium).

As to the FDA's second contention that on remand it could amplify the other reasons for having deemed premium cigars, Defs.' Br. at 15, the problem there is that each of those other reasons cannot be divorced from the central failure to consider data on usage patterns and health effects.  For instance, the agency's concern about "dual and polyuse" of premium cigars and other tobacco products is directly related to usage patterns and health effects.  Similarly, the agency's determination that "young adults are using premium cigars," which the court criticized for "obscur[ing] the real math," is itself a statement about usage.  And the agency's rationale that "all cigars produce secondhand smoke" cannot be viewed apart from the data on the smoking habits and health impacts on premium cigar users.  The agency's failure to "consider an important aspect of the problem" cannot be rescued by these other rationales.  *SecurityPoint Holdings*, 867 F.3d at 185.

**B.**

The second factor the court must consider is the "disruptive consequences" of vacating the rule.  *Humane Soc'y*, 865 F.3d at 614.  The FDA makes three primary arguments.

First, the FDA emphasizes "[v]acating the deeming rule as it applies to premium cigars would leave that category of tobacco products entirely unregulated at the federal level."  Defs.' Br. at 8.  That means it would be legal under federal law to sell premium cigars to young adults under age 21; to distribute premium cigars in vending machines and as free samples; and that restrictions on false or mislabeling labeling and advertising could not be enforced.  *Id.*  Second, the agency asserts that maintaining the status quo will not impose significant burdens on premium cigar manufacturers.  *Id.* at 9–10.  And third, the FDA argues that vacatur here would invite litigation about the agency's user fee scheme, which funds the regulation of all tobacco products.

8

*Id.* at 10–13.  The court does not discount the importance of any of these consequences, but they do not, either alone or in combination, warrant remand without vacatur.

*Public Health Harms.*  With respect to impact on public health, the FDA starts with the fact that vacatur would mean premium cigar sales to youth under the age of 21 will no longer be unlawful under federal law.  But this concern is mitigated by the fact that existing state laws limit sales to youth and minors.  Pls.' Br. at 8.  For example, all 50 states prohibit the sale of premium cigars to persons under 18 years old.  Pls.' Reply in Supp. of Pls.' Mot. for Summ. J., ECF No. 256, at 30 n.10.  Additionally, all but 12 states and four territories prohibit their sale to 18- to 20-year-olds.[6]  Although state laws will not bar sales to all young adults under 21, vacatur will make premium cigars newly legally available to only a small segment of the population.

As for the availability of machine vending and free samples of premium cigars, the FDA has not shown to what extent premium cigars are distributed in those ways, particularly to reach young adults and minors.  *See* 81 Fed. Reg. at 29,054 (stating that restricting free samples of premium cigars "will eliminate a pathway for youth to access tobacco products").  Given the higher individual cost of a premium cigar, it is unlikely that premium cigars are commonly sold through vending machines.  And, presumably, the same state laws that restrict sales of tobacco products to youth under 18 or 21 also prohibit giving those products away for free as samples to youth.

Finally, although limiting the FDA's ability to enforce the law as to false or misleading labeling of premium cigar products is a legitimate concern, the agency has not shown that there is a history of mislabeling products in the premium cigar industry.  The FDA has given the court no reason to think that its inability to police false or misleading labeling is likely to open the floodgates to mislabeled premium cigars.  Additionally, in a different context, the FDA has said

---

[6] *See* Defs.' Br. at 8 (citing U.S. Ctrs. for Disease Control and Prevention, STATE System Minimum Legal Sales Age (MLSA) Laws for Tobacco Products Fact Sheet (last visited July 31, 2023), https://perma.cc/8QK8-8P23).

that premium cigars are its "lowest [enforcement] priorit[y]" relative to other tobacco products used with greater frequency by youth. *See* FDA's August 2020 Notice to Court, ECF No. 209, at 3 (stating that premium cigars were the agency's lowest enforcement priority with respect to the premarket authorization requirement). The agency has not said otherwise with respect to the labeling of premium cigars.

*Burdens on Premium Cigar Manufacturers.* The FDA also argues that preserving the status quo would *not* impose significant burdens on premium cigar manufacturers. The agency points out that the most onerous requirements brought about by the Final Deeming Rule—the health warnings requirements and premarket review—have been vacated or enjoined as to premium cigars. Defs.' Br. at 9. And the reporting requirements triggered by the deeming decision are one-time obligations that do not impose significant ongoing costs. *See id.* at 4 & n.1.

But Plaintiffs point to other burdens of ongoing regulation. Plaintiffs emphasize that the Final Deeming Rule has caused difficulty with respect to bringing new products to market, and there is the ever-present possibility of increased regulatory burdens. Pls.' Br. at 9. For example, in the event of remand without vacatur, the agency could subject Plaintiff manufacturers to Harmful and Potentially Harmful Constituent ("HPHC") testing. *Id.* at 11. While such testing is not currently in effect, Plaintiffs have shown that the possibility of future HPHC testing and other regulation has resulted in "[s]everal premium cigar manufacturers . . . abstaining from investments in new products, plants, and employees," due to fears that regulatory expenses will bankrupt their companies. *Id.* (citing Patel Decl. ¶¶ 11–14; Padrón Decl. ¶¶ 5–8). Plaintiffs explain that "creating a premium cigar product can take a half-decade or more from the decision to make a premium cigar to putting it on the shelf," making regulatory uncertainties a barrier to entry and production in the industry. *Id.* (citing Patel Decl. ¶ 12; Padrón Decl. ¶ 6).

Moreover, in their supplemental brief, Plaintiffs note that, on March 10, 2023, the FDA "proposed a sweeping new rule prescribing the smallest details of manufacturing tobacco products," which could apply to premium cigars, absent vacatur.  Pls.' Suppl. Br. at 2–5 (citing *Requirements for Tobacco Product Manufacturing Practice*, 88 Fed. Reg. 15,174 (Mar. 10, 2023) (to be codified at 21 C.F.R. § 1120)).  While this rule is not final, and thus its ultimate impact speculative, allowing the Final Deeming Rule to remain in place could expose premium cigar manufacturers to more costly and burdensome regulation.

*Fee Scheme.*  Finally, the FDA anticipates that Plaintiffs will argue that vacatur means they are no longer obligated to pay the user fees imposed by the TCA.  *See* Defs.' Br. at 10.  As a result, the FDA expects it will face litigation from other regulated tobacco product manufacturers if it tries to shift costs to them, and the agency may need to engage in rulemaking if it must devise a new method to calculate user fees.  *See* Defs.' Br. at 10–13.

These are fair concerns.  Ultimately, however, it is the agency's burden to demonstrate that the disruptive consequences of vacatur warrant displacing the default remedy.  *See CBOE Future Exch.*, ___ F.4th at ___ (declining to remand without vacatur because the defendant had "not shown that vacatur would be so disruptive as to justify a departure from our normal course").  The court must weigh the potential regulatory consequences against the fact that premium cigar manufactures are annually paying an estimated $15–$20M in user fees, even though FDA's deeming decision did not follow the APA in the first place.  *See* Pls.' Br. at 10 (citing Patel Decl. ¶ 10; Padrón Decl. ¶ 10).  On balance, the future fallout that the FDA may face from vacatur does not outweigh the financial and other burdens the premium cigar industry has had to shoulder while subject to the Final Deeming Rule.

## IV.

For the foregoing reasons, the FDA's Final Deeming Rule is vacated insofar as it applies to premium cigars.[7]


Dated:  August 9, 2023

_____
Amit P. Mehta
United States District Court Judge

---

[7] For purposes of this ruling, premium cigars are those cigars that: (1) are wrapped in whole tobacco leaf; (2) contain a 100 percent leaf tobacco binder; (3) contain at least 50 percent (of the filler by weight) long filler tobacco; (4) are handmade or hand rolled; (5) have no filter, nontobacco tip, or nontobacco mouthpiece; (6) do not have a characterizing flavor other than tobacco; (7) contain only tobacco, water, and vegetable gum with no other ingredients or additives; and (8) weigh more than 6 pounds per 1,000 units.  *See Cigar Ass'n III*, 480 F. Supp. 3d at 281.

12