# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5220**                        **September Term, 2024**

**1:16-cv-01460-APM**

**Filed On: April 10, 2025** [2110344]

Cigar Association of America, et al.,

        Appellees

    v.

United States Food and Drug
Administration, et al.,

        Appellants

## **M A N D A T E**

     In accordance with the judgment of March 26, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                BY:     /s/
                                          Daniel J. Reidy
                                          Deputy Clerk

Link to the amended judgment filed March 26, 2025